**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 15-33-RGA ) ) **JURY TRIAL DEMANDED** |
| INTEL CORPORATION, | ) ) |
| Defendant. | ) |

## NOTICE OF SUBSEQUENT AUTHORITY

Pursuant to D. Del. LR 7.1.2(b), Defendant Intel Corporation ("Intel") hereby provides this notice of subsequent authority relating to Intel's opposition to Plaintiff AVM Technologies LLC's Motion to Strike Intel's Preclusion Defenses (D.I. 17) ("AVM's Motion to Strike"). Attached hereto as Exhibit A is a report recently issued by Magistrate Judge Caroline Craven in the Eastern District of Texas, Tyler Division recommending that defendant's motion for summary judgment on preclusion grounds in a patent infringement action be granted in light of controlling Federal Circuit precedent. *Adaptix, Inc. v. AT&T Mobility*, No. 6: 12-CV-20, D.I. 354 (E.D. Tex. May 12, 2015). Intel may refer to the attached report during the hearing on May 21, 2015 regarding AVM's Motion to Strike.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| David C. Marcus | |
| David C. Yang | By:  */s/ Richard L. Horwitz* |
| Nancy Lynn Schroeder | Richard L. Horwitz (#2246) |
| WILMERHALE | David E. Moore (#3983) |
| 350 South Grand Avenue, Suite 2100 | Bindu A. Palapura (#5370) |
| Los Angeles, CA 90071 | Hercules Plaza, 6th Floor |
| Tel: (213) 443-5300 | 1313 N. Market Street |
|  | Wilmington, DE  19801 |
| William F. Lee | Tel:  (302) 984-6000 |
| Jordan L. Hirsch | rhorwitz@potteranderson.com |
| Lauren B. Fletcher | dmoore@potteranderson.com |
| Sarah R. Frazier | bpalapura@potteranderson.com |
| WILMERHALE |  |
| 60 State Street | *Attorneys for Defendant Intel Corporation* |
| Boston, MA 02109 |  |
| Tel:  (617) 526-6000 |  |

Dated:  May 18, 2015
1190193 / 42223