# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| AVM TECHNOLOGIES, LLC, a Delaware Limited Liability Company,  Plaintiff,  v.  INTEL CORPORATION, a Delaware Corporation,  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 15-33-RGA<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff AVM Technologies, LLC and Defendant Intel Corporation ("Defendant"), subject to the approval of the Court, that the time for the parties to submit a proposed protective order and a proposed ESI and discovery order shall be extended to June 9, 2015.

Respectfully submitted,

| ROSS ARONSTAM & MORITZ LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Benjamin J. Schladweiler*<br>Benjamin J. Schladweiler (#4601)<br>100 S. West Street, Suite 400<br>Wilmington, DE 19801<br>(302) 576-1600<br>bschladweiler@ramllp.com<br><br>*Counsel for Plaintiff AVM Technologies, LLC* | */s/ Bindu A. Palapura*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br><br>*Counsel for Defendant Intel Corporation* |

2

**SO ORDERED**, this _____ day of _____, 2015.

_____
THE HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE