**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| AVM TECHNOLOGIES, LLC, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | C.A. No. 15-33-RGA |
| INTEL CORPORATION, | | **JURY TRIAL DEMANDED** |
| Defendant. | | |

**JOINT MOTION FOR TELECONFERENCE
TO RESOLVE PROTECTIVE ORDER AND ESI ORDER DISPUTES**

The parties jointly asked this Court to schedule a teleconference to address outstanding disputes regarding the proposed Protective Order and the proposed Order Regarding Discovery, Including Discovery of Electronically Stored Information.  Pursuant to Chambers' instructions, the parties will, consistent with the Court's Order on Discovery Matters, submit their papers tomorrow, and present argument via teleconference on June 16, 2015 at 1:30 p.m.  Counsel for AVM will initiate the call.

|  | Respectfully submitted, |
|---|---|
| ROSS ARONSTAM & MORITZ LLP | POTTER ANDERSON & CORROON LLP |
| */s/ Benjamin J. Schladweiler* | */s/ Bindu A. Palapura* |
| Benjamin J. Schladweiler (#4601) | Richard L. Horwitz (#2246) |
| 100 S. West Street, Suite 400 | David E. Moore (#3983) |
| Wilmington, DE  19801 | Bindu A. Palapura (#5370) |
| (302) 576-1600 | Hercules Plaza, 6th Floor |
| bschladweiler@ramllp.com | 1313 N. Market Street |
|  | Wilmington, DE  19801 |
| *Counsel for Plaintiff AVM Technologies, LLC* | (302) 984-6000 |
|  | rhorwitz@potteranderson.com |
|  | dmoore@potteranderson.com |
|  | bpalapura@potteranderson.com |
|  | *Counsel for Defendant Intel Corporation* |

Dated:  June 11, 2015