**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AVM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.  15-33-RGA |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the following

document was caused to be served on July 27, 2015, upon the following attorneys of record as

indicated below:

**DEFENDANT INTEL CORPORATION'S OBJECTIONS AND RESPONSES
TO AVM TECHNOLOGIES, LLC'S FIRST SET OF INTERROGATORIES
(NOS. 1-31) (CONTAINS CONFIDENTIAL BUSINESS INFORMATION –
CONFIDENTIAL UNDER LOCAL RULE 26.2 – OUTSIDE COUNSEL
ONLY UNDER PROPOSED PROTECTIVE ORDER)**

**VIA ELECTRONIC MAIL**

Benjamin J. Schladweiler
Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE  19801
bschladweiler@ram-llp.com

David Boies
Rosanne C. Baxter
Bois, Schuller & Flexner LLP
333 Main Street
Armonk, NY  10504
dboies@bsfllp.com
rbaxter@bsfllp.com

D. Michael Underhill
Richard S. Meyer
Patrick M. Lafferty
Jon R. Knight
Bois, Schuller & Flexner LLP
5301 Wisconsin Avenue, NW
Washington, DC  20015
munderhill@bsfllp.com
rmeyer@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com

Edward H. Takashima
Bois, Schuller & Flexner LLP
401 Wilshire Boulevard
Santa Monica, CA  90401
etakashima@bsfllp.com

Parker H. Bagley
Bois, Schuller & Flexner LLP
1999 Harrison Street
Oakland, CA  94612
pbagley@bsfllp.com


OF COUNSEL:

David C. Marcus
David C. Yang
Nancy Lynn Schroeder
WILMERHALE
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5300

William F. Lee
Jordan L. Hirsch
Lauren B. Fletcher
Sarah R. Frazier
WILMERHALE
60 State Street
Boston, MA 02109
Tel:  (617) 526-6000

Dated:  July 28, 2015
1196542 /  42223

POTTER ANDERSON & CORROON LLP

By:   _/s/ Bindu A. Palapura_____
      Richard L. Horwitz (#2246)
      David E. Moore (#3983)
      Bindu A. Palapura (#5370)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, DE  19801
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com
      bpalapura@potteranderson.com

*Attorneys for Defendant Intel Corporation*