**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 15-33-RGA ) |
| INTEL CORPORATION, | ) ) |
| Defendant. | ) ) ) |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on August 3, 2015, copies of (i) *AVM Technologies, LLC's Responses and Objections to Intel Corporation's Second Set of Interrogatories (Nos. 7-24)*, and (ii) *AVM Technologies, LLC's Responses and Objections to Intel Corporation's Second Set of Requests for Production (Nos. 13-102)* were served via electronic mail upon the following counsel of record:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Bindu A. Palapura<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com | William F. Lee<br>Jordan L. Hirsch<br>Lauren B. Fletcher<br>Sarah R. Frazier<br>WILMERHALE<br>60 State Street<br>Boston, MA  02109<br>william.lee@wilmerhale.com<br>jordan.hirsch@wilmerhale.com<br>lauren.fletcher@wilmerhale.com<br>sarah.frazier@wilmerhale.com |
| David C. Marcus<br>David C. Yang<br>Nancy Lynn Schroeder<br>WILMERHALE<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA  90071<br>david.marcus@wilmerhale.com<br>david.yang@wilmerhale.com<br>nancy.schroeder@wilmerhale.com | *Counsel for Defendant Intel Corporation* |
| *Counsel for Defendant Intel Corporation* | |

|  |  |
|---|---|
| *Of Counsel*: | ROSS ARONSTAM & MORITZ LLP |
| | */s/ Benjamin J. Schladweiler* |
| David Boies | Benjamin J. Schladweiler (#4601) |
| Rosanne C. Baxter | 100 S. West Street, Suite 400 |
| BOIES, SCHILLER & FLEXNER LLP | Wilmington, DE  19801 |
| 333 Main Street | (302) 576-1600 |
| Armonk, NY  10504 | bschladweiler@ramllp.com |
| dboies@bsfllp.com | |
| rbaxter@bsfllp.com | *Counsel for Plaintiff AVM Technologies, LLC* |

D. Michael Underhill
Richard S. Meyer
Patrick M. Lafferty
Jon R. Knight
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015
munderhill@bsfllp.com
rmeyer@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com

Parker H. Bagley
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 800
Oakland, CA  94612
pbagley@bsfllp.com

Edward H. Takashima
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA  90401
etakashima@bsfllp.com


Dated:  August 3, 2015