**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No.  15-33-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on August 3, 2015, upon the following attorneys of record as indicated below:

INTEL CORPORATION'S OBJECTIONS AND RESPONSES TO AVM TECHNOLOGIES, LLC'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO INTEL CORPORATION (NOS. 1-77) *[CONTAINS CONFIDENTIAL BUSINESS INFORMATION CONFIDENTIAL UNDER LOCAL RULE 26.2-OUTSIDE COUNSEL'S EYES ONLY UNDER PROPOSED PROTECTIVE ORDER]*

## VIA ELECTRONIC MAIL

Benjamin J. Schladweiler
Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE  19801
bschladweiler@ram-llp.com

David Boies
Rosanne C. Baxter
Bois, Schuller & Flexner LLP
333 Main Street
Armonk, NY  10504
dboies@bsfllp.com
rbaxter@bsfllp.com

| | |
|---|---|
| D. Michael Underhill<br>Richard S. Meyer<br>Patrick M. Lafferty<br>Jon R. Knight<br>Bois, Schuller & Flexner LLP<br>5301 Wisconsin Avenue, NW<br>Washington, DC  20015<br>munderhill@bsfllp.com<br>rmeyer@bsfllp.com<br>plafferty@bsfllp.com<br>jknight@bsfllp.com<br><br>Edward H. Takashima<br>Bois, Schuller & Flexner LLP<br>401 Wilshire Boulevard<br>Santa Monica, CA  90401<br>etakashima@bsfllp.com | Parker H. Bagley<br>Bois, Schuller & Flexner LLP<br>1999 Harrison Street<br>Oakland, CA  94612<br>pbagley@bsfllp.com |

OF COUNSEL:

David C. Marcus
David C. Yang
Nancy Lynn Schroeder
WILMERHALE
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5300

William F. Lee
Jordan L. Hirsch
Lauren B. Fletcher
Sarah R. Frazier
WILMERHALE
60 State Street
Boston, MA 02109
Tel:  (617) 526-6000

Dated:  August 3, 2015
1197225 / 42223

POTTER ANDERSON & CORROON LLP

By:   */s/ Bindu A. Palapura*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

*Attorneys for Defendant Intel Corporation*