IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, | ) |
|       Plaintiff, | ) ) ) ) C.A. No. 15-33-RGA |
| v. | ) ) **JURY TRIAL DEMANDED** |
| INTEL CORPORATION, | ) ) ) |
|       Defendant. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Claire M. Specht of WILMERHALE, 60 State Street, Boston, MA 02109 to represent Defendant Intel Corporation in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

Dated: August 19, 2015
1187515 / 42223

*Attorneys for Defendant Intel Corporation*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____           _____
                                                 United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐        has been paid to the Clerk of the Court

☒        will be submitted to the Clerk's Office upon filing of this motion.

Date: August 19, 2015

Claire M. Specht
WILMERHALE
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
claire.specht@wilmerhale.com