**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 15-33-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, attorney David C. Yang of WilmerHale, 350 South Grand Avenue, Suite 2100, Los Angeles, CA 90071, hereby withdraws his appearance as counsel for Intel Corporation. All other attorneys involved in the case from WilmerHale and Potter Anderson & Corroon LLP continue to represent Intel Corporation.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| David C. Marcus | |
| Nancy Lynn Schroeder | By:  */s/ Bindu A. Palapura* |
| WILMERHALE | Richard L. Horwitz (#2246) |
| 350 South Grand Avenue, Suite 2100 | David E. Moore (#3983) |
| Los Angeles, CA 90071 | Bindu A. Palapura (#5370) |
| Tel: (213) 443-5300 | Hercules Plaza, 6th Floor |
| | 1313 N. Market Street |
| William F. Lee | Wilmington, DE 19801 |
| Jordan L. Hirsch | Tel: (302) 984-6000 |
| Lauren B. Fletcher | rhorwitz@potteranderson.com |
| Sarah R. Frazier | dmoore@potteranderson.com |
| WILMERHALE | bpalapura@potteranderson.com |
| 60 State Street | |
| Boston, MA 02109 | *Attorneys for Defendant Intel Corporation* |
| Tel: (617) 526-6000 | |

Dated:  August 31, 2015
1202557 / 42223