**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AVM TECHNOLOGIES, LLC, | ) | |
| Plaintiff, | ) | C.A. No. 15-33-RGA-MPT |
| v. | ) | **JURY TRIAL DEMANDED** |
| INTEL CORPORATION, | ) | |
| Defendant. | ) | |

**MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTES**

Plaintiff AVM Technologies, LLC ("AVM") respectfully moved this Court to schedule a teleconference to address outstanding disputes regarding certain discovery matters.

As a result of a previous teleconference with Chambers, the parties will provide submissions and present their respective positions on the outstanding issues consistent with the Court's Order on Discovery Matters during a teleconference on Thursday, September 17, 2015 at 3:00 p.m. with counsel for AVM to initiate the call.

Respectfully submitted,

ROSS ARONSTAM & MORITZ LLP

*Of Counsel*:

David Boies
Rosanne C. Baxter
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
dboies@bsfllp.com
rbaxter@bsfllp.com

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)
100 S. West Street, Suite 400
Wilmington, DE 19801
(302) 576-1600
bschladweiler@ramllp.com

*Counsel for Plaintiff AVM Technologies, LLC*

D. Michael Underhill
Richard S. Meyer
Patrick M. Lafferty
Jon R. Knight
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
munderhill@bsfllp.com
rmeyer@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com

Parker H. Bagley
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 800
Oakland, CA 94612
pbagley@bsfllp.com

Edward H. Takashima
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
etakashima@bsfllp.com

Dated: September 9, 2015

**CERTIFICATE OF SERVICE**

I, Benjamin J. Schladweiler, hereby certify that on September 9, 2015, a true copy of the foregoing ***Motion for Teleconference to Resolve Discovery Disputes*** was served via electronic mail upon the following counsel of record:

Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

David C. Marcus
Nancy Lynn Schroeder
WILMERHALE
350 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
david.marcus@wilmerhale.com
nancy.schroeder@wilmerhale.com

*Counsel for Defendant Intel Corporation*

William F. Lee
Jordan L. Hirsch
Lauren B. Fletcher
Sarah R. Frazier
Kevin A. Goldman
Claire M. Specht
WILMERHALE
60 State Street
Boston, MA 02109
william.lee@wilmerhale.com
jordan.hirsch@wilmerhale.com
lauren.fletcher@wilmerhale.com
sarah.frazier@wilmerhale.com
kevin.goldman@wilmerhale.com
claire.specht@wilmerhale.com

Jason Kipnis
WILMERHALE
950 Page Mill Road
Palo Alto, CA 94304
jason.kipnis@wilmerhale.com

Todd Zubler
WILMERHALE
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
todd.zubler@wilmerhale.com

*Counsel for Defendant Intel Corporation*

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)