## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 15-33-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on September 16, 2015, upon the following attorneys of record as indicated below:

**INTEL CORPORATION'S OBJECTIONS AND RESPONSES TO AVM TECHNOLOGIES, LLC'S RULE 30(B)(6) CUSTODIAL DEPOSITION NOTICE TO INTEL CORPORATION**

### VIA ELECTRONIC MAIL

Benjamin J. Schladweiler
Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE  19801
bschladweiler@ram-llp.com

David Boies
Rosanne C. Baxter
Bois, Schuller & Flexner LLP
333 Main Street
Armonk, NY  10504
dboies@bsfllp.com
rbaxter@bsfllp.com

D. Michael Underhill
Richard S. Meyer
Patrick M. Lafferty
Jon R. Knight
Bois, Schuller & Flexner LLP
5301 Wisconsin Avenue, NW
Washington, DC  20015
munderhill@bsfllp.com
rmeyer@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com

Parker H. Bagley
Bois, Schuller & Flexner LLP
1999 Harrison Street
Oakland, CA  94612
pbagley@bsfllp.com

2

Edward H. Takashima
Bois, Schuller & Flexner LLP
401 Wilshire Boulevard
Santa Monica, CA 90401
etakashima@bsfllp.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| David C. Marcus | |
| Nancy Lynn Schroeder | By:  */s/ Bindu A. Palapura* |
| WILMERHALE | Richard L. Horwitz (#2246) |
| 350 South Grand Avenue, Suite 2100 | David E. Moore (#3983) |
| Los Angeles, CA 90071 | Bindu A. Palapura (#5370) |
| Tel: (213) 443-5300 | Hercules Plaza, 6th Floor |
| | 1313 N. Market Street |
| William F. Lee | Wilmington, DE 19801 |
| Jordan L. Hirsch | Tel: (302) 984-6000 |
| Lauren B. Fletcher | rhorwitz@potteranderson.com |
| Sarah R. Frazier | dmoore@potteranderson.com |
| WILMERHALE | bpalapura@potteranderson.com |
| 60 State Street | |
| Boston, MA 02109 | *Attorneys for Defendant Intel Corporation* |
| Tel: (617) 526-6000 | |

Dated: September 17, 2015
1204148 / 42223

2