# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15-33-RGA |
| | ) |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on September 17, 2015, a copy of ***AVM Technologies,***

***LLC's Second Set of Interrogatories to Defendant Intel Corporation (Nos. 32-34)*** was served

as indicated upon the following counsel of record:

| | |
|---|---|
| **VIA EMAIL & HAND DELIVERY** | **VIA EMAIL** |
| Richard L. Horwitz | William F. Lee |
| David E. Moore | Jordan L. Hirsch |
| Bindu A. Palapura | Lauren B. Fletcher |
| POTTER ANDERSON & CORROON LLP | Sarah R. Frazier |
| Hercules Plaza, 6th Floor | Kevin A. Goldman |
| 1313 N. Market Street | Claire M. Specht |
| Wilmington, DE  19801 | WILMERHALE |
| rhorwitz@potteranderson.com | 60 State Street |
| dmoore@potteranderson.com | Boston, MA  02109 |
| bpalapura@potteranderson.com | william.lee@wilmerhale.com |
| | jordan.hirsch@wilmerhale.com |
| *Counsel for Defendant Intel Corporation* | lauren.fletcher@wilmerhale.com |
| | sarah.frazier@wilmerhale.com |
| | kevin.goldman@wilmerhale.com |
| | claire.specht@wilmerhale.com |
| | |
| | *Counsel for Defendant Intel Corporation* |

**VIA EMAIL**
David C. Marcus
Nancy Lynn Schroeder
WILMERHALE
350 South Grand Avenue
Suite 2100
Los Angeles, CA  90071
david.marcus@wilmerhale.com
nancy.schroeder@wilmerhale.com

Jason Kipnis
WILMERHALE
950 Page Mill Road
Palo Alto, CA  94304
jason.kipnis@wilmerhale.com

Todd Zubler
WILMERHALE
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
todd.zubler@wilmerhale.com

*Counsel for Defendant Intel Corporation*

ROSS ARONSTAM & MORITZ LLP

*Of Counsel*:

*/s/ Benjamin J. Schladweiler*

Benjamin J. Schladweiler (#4601)

David Boies
Rosanne C. Baxter
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY  10504
dboies@bsfllp.com
rbaxter@bsfllp.com

100 S. West Street, Suite 400
Wilmington, DE  19801
(302) 576-1600
bschladweiler@ramllp.com

*Counsel for Plaintiff AVM Technologies, LLC*

D. Michael Underhill
Richard S. Meyer
Patrick M. Lafferty
Jon R. Knight
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015
munderhill@bsfllp.com
rmeyer@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com

Parker H. Bagley
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 800
Oakland, CA  94612
pbagley@bsfllp.com

Edward H. Takashima
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA  90401
etakashima@bsfllp.com

Dated:  September 17, 2015