
ROSS
ARONSTAM
& MORITZ
L L P

100 S. West Street, Suite 400 • Wilmington, DE 19801
Telephone 302.576.1600 • Facsimile 302.576.1100
www.ramllp.com

**Benjamin J. Schladweiler**
bschladweiler@ramllp.com

**VIA E-FILING & HAND DELIVERY**                    September 29, 2015

The Honorable Mary Pat Thynge
844 N. King Street
Wilmington, DE  19801-3555

> **Re:** ***AVM Technologies LLC v. Intel Corporation***, **C.A. No. 15-33-RGA**

Dear Judge Thynge:

In advance of the call at 4:00 pm today, AVM submits the attached revised proposed Protective Order, which eliminates provisions that are no longer in dispute. For the Court's convenience, this letter identifies the issues in the parties' original submission (D.I. 79) that have been resolved and those issues that remain in dispute.

**Paragraph 25, First Sentence**

AVM agreed to Intel's proposal so this provision is no longer in dispute.

**Paragraph 25, Last Sentence ((g) (h))**

After the Court's ruling in the hearing of September 17 regarding extracted netlists, AVM's proposal is no longer at issue, so AVM agreed to Intel's provision.

**Paragraph 26**

The two disputes in paragraph 26 concerning three business days' notice for AVM to access documents on the Secured Computers and access by testifying experts to native data not produced on the Secured Computer remain.  As shown in the revised proposed Order filed herewith AVM accepted the language Intel proposed concerning testifying expert access to such data.

In addition, AVM proposes to include two new sentences that incorporate Intel's promises that consulting experts who have access to materials not made available to AVM will be walled-off from Intel's testifying experts. Because Intel has refused to agree to a joint submission that includes these sentences, we are submitting this letter so that the Court has this proposed language in front of it for the conference.

Respectfully submitted,

*/s/ Benjamin J. Schladweiler*

Benjamin J. Schladweiler (#4601)

Enclosures
cc:  All Counsel of Record