**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTEL CORPORATION, )<br>)<br>Defendant. ) | C.A. No. 15-33-RGA<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE**

Plaintiff and Defendant respectfully move this Court to schedule a teleconference to address outstanding disputes regarding discovery matters. As a result of a previous teleconference with Chambers, the parties will provide submissions per the schedule and page limits below and present their respective positions consistent with the Court's Order on Discovery Matters during a teleconference on November 19, 2015 at 1:00 p.m. with counsel for Plaintiff to initiate the call.

| Submission | Deadline |
|---|---|
| Opening Letter AVM - 3 pages | Tuesday, November 10, 2015 by 1:00 p.m. |
| Responsive Letter Intel - 4 pages | Friday, November 13, 2015 by 1:00 p.m. |
| Reply Letter AVM - 1 page | Monday, November 16, 2015 by 4:00 p.m. |

Respectfully submitted,

ROSS ARONSTAM & MORITZ LLP

OF COUNSEL:

David Boies
Rosanne C. Baxter
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200

By:  */s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)
100 S. West Street, Suite 400
Wilmington, DE 19801
Tel: (302) 576-1600
bschladweiler@ram-llp.com

*Attorneys for Plaintiff AVM Technologies, LLC*

D. Michael Underhill
Richard S. Meyer
Patrick M. Lafferty
Jon R. Knight
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC  20015
Tel:  (202) 237-2727

Edward H. Takashima
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard
Santa Monica, CA  90401
Tel:  (510) 874-1000

Parker H. Bagley
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street
Oakland, CA  94612
Tel:  (310) 752-2400

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By:  */s/ David E. Moore* |
|  | David E. Moore (#3983) |
| David C. Marcus | Bindu A. Palapura (#5370) |
| WILMER CUTLER PICKERING HALE | Hercules Plaza, 6th Floor |
|     AND DORR LLP | 1313 N. Market Street |
| 350 South Grand Avenue | Wilmington, DE  19801 |
| Los Angeles, California 90071 | Tel:  (302) 984-6000 |
| Tel: (213) 443-5300 | dmoore@potteranderson.com |
|  | bpalapura@potteranderson.com |
| William F. Lee |  |
| Lauren B. Fletcher | *Attorneys for Defendant Intel Corporation* |
| Jordan L. Hirsch |  |
| Kevin A. Goldman |  |
| Claire M. Specht |  |
| WILMER CUTLER PICKERING HALE |  |
|     AND DORR LLP |  |
| 60 State Street |  |
| Boston, Massachusetts 02109 |  |
| Tel: (617) 526-6000 |  |

Todd Zubler
WILMER CUTLER PICKERING HALE
    AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000

Jason Kipnis
WILMER CUTLER PICKERING HALE
    AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel: (650) 858-6000

Dated: November 5, 2015
1208264 / 42223

       IT IS SO ORDERED, this ____ day of November, 2015.

                                                       _____
                                                     Chief Magistrate Judge Mary Pat Thynge