**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, | ) C.A. No. 15-33-RGA )  ) **JURY TRIAL DEMANDED** |
| Plaintiff, | ) |
| v. | ) ) |
| INTEL CORPORATION, | ) ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on November 23, 2015, upon the following attorneys of record as indicated below:

**DEFENDANT INTEL CORPORATION'S OBJECTIONS AND RESPONSES TO AVM TECHNOLOGIES, LLC'S SECOND SET OF INTERROGATORIES (NOS. 32-34) (CONTAINS CONFIDENTIAL BUSINESS INFORMATION CONFIDENTIAL UNDER LOCAL RULE 26.2 – OUTSIDE COUNSEL'S EYES ONLY UNDER PROPOSED PROTECTIVE ORDER**)

**VIA ELECTRONIC MAIL**

Benjamin J. Schladweiler
Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE  19801
bschladweiler@ramllp.com

David Boies
Rosanne C. Baxter
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY  10504
dboies@bsfllp.com
rbaxter@bsfllp.com

- 2 -

D. Michael Underhill
Richard S. Meyer
Patrick M. Lafferty
Jon R. Knight
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, NW
Washington, DC  20015
munderhill@bsfllp.com
rmeyer@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com

Edward H. Takashima
Boies, Schiller & Flexner LLP
401 Wilshire Boulevard
Santa Monica, CA  90401
etakashima@bsfllp.com

Parker H. Bagley
Boies, Schiller & Flexner LLP
1999 Harrison Street
Oakland, CA  94612
pbagley@bsfllp.com

- 3 -

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| David C. Marcus<br>WILMER CUTLER PICKERING HALE<br>    AND DORR LLP<br>350 South Grand Avenue<br>Los Angeles, California 90071<br>Tel: (213) 443-5300 | By:  */s/ Bindu A. Palapura*<br>       David E. Moore (#3983)<br>       Bindu A. Palapura (#5370)<br>       Hercules Plaza, 6th Floor<br>       1313 N. Market Street<br>       Wilmington, DE  19801<br>       Tel:  (302) 984-6000<br>       dmoore@potteranderson.com<br>       bpalapura@potteranderson.com |
| William F. Lee<br>Lauren B. Fletcher<br>Jordan L. Hirsch<br>Kevin A. Goldman<br>Claire M. Specht<br>WILMER CUTLER PICKERING HALE<br>    AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Tel: (617) 526-6000 | *Attorneys for Defendant and Counterclaimant Intel Corporation* |

Todd Zubler
WILMER CUTLER PICKERING HALE
    AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000

Jason Kipnis
WILMER CUTLER PICKERING HALE
    AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel: (650) 858-6000

Dated:  November 24, 2015
1210149 / 42223