## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVM TECHNOLOGIES, LLC,<br>a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br>a Delaware Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 15-33-RGA<br>)<br>)    **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

### STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff AVM Technologies, LLC ("AVM") and Defendant Intel Corporation ("Intel"), subject to the approval of the Court, that the time for AVM to file its Answering Brief in response to Intel's Motion for Leave to Amend its Answer, Defenses, and Counterclaims (D.I. 131) shall be extended to January 14, 2016.

Respectfully submitted,

ROSS ARONSTAM & MORITZ LLP

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)
100 S. West Street, Suite 400
Wilmington, DE  19801
(302) 576-1600
bschladweiler@ramllp.com

*Counsel for Plaintiff AVM Technologies, LLC*

POTTER ANDERSON & CORROON LLP

*/s/ Bindu A. Palapura*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Counsel for Defendant Intel Corporation*

Dated:  December 17, 2015

**SO ORDERED**, this _____ day of _____, 2015.


_____

THE HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE