# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AVM TECHNOLOGIES, LLC, <br> a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> INTEL CORPORATION, <br> a Delaware Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 15-33-RGA <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on December 18, 2015, a copy of ***AVM Technologies, LLC's Third Set of Requests for Production (No. 79)*** was served as indicated upon the following counsel of record:

| **VIA E-MAIL & HAND DELIVERY** | **VIA E-MAIL** |
|---|---|
| Richard L. Horwitz | William F. Lee |
| David E. Moore | Jordan L. Hirsch |
| Bindu A. Palapura | Lauren B. Fletcher |
| POTTER ANDERSON & CORROON LLP | Kevin A. Goldman |
| Hercules Plaza, 6th Floor | Claire M. Specht |
| 1313 N. Market Street | WILMERHALE |
| Wilmington, DE  19801 | 60 State Street |
| rhorwitz@potteranderson.com | Boston, MA  02109 |
| dmoore@potteranderson.com | william.lee@wilmerhale.com |
| bpalapura@potteranderson.com | jordan.hirsch@wilmerhale.com |
|  | lauren.fletcher@wilmerhale.com |
| *Counsel for Defendant Intel Corporation* | kevin.goldman@wilmerhale.com |
|  | claire.specht@wilmerhale.com |
|  |  |
|  | *Counsel for Defendant Intel Corporation* |

**VIA E-MAIL**
David C. Marcus
Nancy Lynn Schroeder
WILMERHALE
350 South Grand Avenue
Suite 2100
Los Angeles, CA  90071
david.marcus@wilmerhale.com
nancy.schroeder@wilmerhale.com

*Counsel for Defendant Intel Corporation*

**VIA E-MAIL**
Jason Kipnis
WILMERHALE
950 Page Mill Road
Palo Alto, CA  94304
jason.kipnis@wilmerhale.com

**VIA E-MAIL**
Todd Zubler
WILMERHALE
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
todd.zubler@wilmerhale.com

*Counsel for Defendant Intel Corporation*

3

|  |  |
|---|---|
| *Of Counsel*: | ROSS ARONSTAM & MORITZ LLP |
|  | */s/ Benjamin J. Schladweiler* |
| David Boies | Benjamin J. Schladweiler (#4601) |
| Rosanne C. Baxter | 100 S. West Street, Suite 400 |
| BOIES, SCHILLER & FLEXNER LLP | Wilmington, DE  19801 |
| 333 Main Street | (302) 576-1600 |
| Armonk, NY  10504 | bschladweiler@ramllp.com |
| dboies@bsfllp.com |  |
| rbaxter@bsfllp.com | *Counsel for Plaintiff AVM Technologies, LLC* |

D. Michael Underhill
Richard S. Meyer
Patrick M. Lafferty
Jon R. Knight
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015
munderhill@bsfllp.com
rmeyer@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com

Parker H. Bagley
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 800
Oakland, CA  94612
pbagley@bsfllp.com

Edward H. Takashima
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA  90401
etakashima@bsfllp.com

Dated:  December 18, 2015