# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AVM TECHNOLOGIES, LLC,              ) | |
|                                     ) | |
|           Plaintiff,  ) | |
|                                     ) | |
|    v.                          ) | C.A. No. 15-33-RGA |
|                                     ) | |
| INTEL CORPORATION,                  ) | **JURY TRIAL DEMANDED** |
|                                     ) | |
|           Defendant.  ) | |
|                                     ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on January 11, 2016, copies of (i) *AVM Technologies, LLC's Second Set of Requests for Admission (Nos. 5-24)*, and (ii) *AVM Technologies, LLC's Fourth Set of Interrogatories to Defendant Intel Corporation (Nos. 38-39)* were served as indicated upon the following counsel of record:

| **VIA EMAIL and HAND DELIVERY** | **VIA EMAIL** |
|---|---|
| Richard L. Horwitz | William F. Lee |
| David E. Moore | Jordan L. Hirsch |
| Bindu A. Palapura | Lauren B. Fletcher |
| POTTER ANDERSON & CORROON LLP | Sarah R. Frazier |
| Hercules Plaza, 6th Floor | WILMERHALE |
| 1313 N. Market Street | 60 State Street |
| Wilmington, DE 19801 | Boston, MA 02109 |
| rhorwitz@potteranderson.com | william.lee@wilmerhale.com |
| dmoore@potteranderson.com | jordan.hirsch@wilmerhale.com |
| bpalapura@potteranderson.com | lauren.fletcher@wilmerhale.com |
|  | *sarah.frzxier@wilmerhale.com* |
| *Counsel for Defendant Intel Corporation* | |
|  | *Counsel for Defendant Intel Corporation* |

**VIA EMAIL**
David C. Marcus
David C. Yang
Nancy Lynn Schroeder
WILMERHALE
350 South Grand Avenue
Suite 2100
Los Angeles, CA  90071
david.marcus@wilmerhale.com
david.yang@wilmerhale.com
nancy.schroeder@wilmerhale.com

*Counsel for Defendant Intel Corporation*

| | ROSS ARONSTAM & MORITZ LLP |
|---|---|
| *Of Counsel*: | */s/ Benjamin J. Schladweiler* |
| | Benjamin J. Schladweiler (#4601) |
| David Boies | 100 S. West Street, Suite 400 |
| Rosanne C. Baxter | Wilmington, DE  19801 |
| BOIES, SCHILLER & FLEXNER LLP | (302) 576-1600 |
| 333 Main Street | bschladweiler@ramllp.com |
| Armonk, NY  10504 | |
| dboies@bsfllp.com | *Counsel for Plaintiff AVM Technologies, LLC* |
| rbaxter@bsfllp.com | |

D. Michael Underhill
Richard S. Meyer
Patrick M. Lafferty
Jon R. Knight
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015
munderhill@bsfllp.com
rmeyer@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com

Parker H. Bagley
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 800
Oakland, CA  94612
pbagley@bsfllp.com

Edward H. Takashima
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA  90401
etakashima@bsfllp.com

Dated:  January 12, 2016