**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AVM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-33-RGA |
| | ) | |
| INTEL CORPORATION, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION FOR DISCOVERY TELECONFERENCE**

Plaintiff and Defendant respectfully move this Court to schedule a teleconference to address outstanding disputes regarding discovery matters. As a result of a previous teleconference with Chambers, the parties will provide submissions per the schedule and page limits below and present their respective positions consistent with the Court's Order on Discovery Matters during a teleconference on January 28, 2016 at 11:00 a.m. with counsel for Plaintiff to initiate the call.

| Submission | Deadline |
|---|---|
| Opening Letters - 4 pages | Monday, January 25, 2016 by 11:00 a.m. |
| Responsive Letters - 4 pages | Tuesday, January 26, 2016 by 11:00 a.m. |

Respectfully submitted,

ROSS ARONSTAM & MORITZ LLP

*Of Counsel*:

David Boies
Rosanne C. Baxter
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY  10504
dboies@bsfllp.com
rbaxter@bsfllp.com

D. Michael Underhill
Richard S. Meyer
Patrick M. Lafferty
Jon R. Knight
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015
munderhill@bsfllp.com
rmeyer@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com

Parker H. Bagley
BOIES, SCHILLER & FLEXNER LLP
435 Tasso Street, Suite 205
Palo Alto, CA  94301
pbagley@bsfllp.com

Edward H. Takashima
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA  90401
etakashima@bsfllp.com

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)
100 S. West Street, Suite 400
Wilmington, DE  19801
(302) 576-1600
bschladweiler@ramllp.com

*Counsel for Plaintiff AVM Technologies, LLC*

2

POTTER ANDERSON & CORROON LLP

*Of Counsel*:

*/s/ David E. Moore*

Richard L. Horwitz (#2246)

David C. Marcus

David E. Moore (#3983)

Nancy Lynn Schroeder

Bindu A. Palapura (#5370)

WILMERHALE

Hercules Plaza, 6th Floor

350 South Grand Avenue

1313 N. Market Street

Suite 2100

Wilmington, DE  19801

Los Angeles, CA  90071

rhorwitz@potteranderson.com

david.marcus@wilmerhale.com

dmoore@potteranderson.com

nancy.schroeder@wilmerhale.com

bpalapura@potteranderson.com

*Counsel for Defendant Intel Corporation*

William F. Lee
Jordan L. Hirsch
Lauren B. Fletcher
Kevin A. Goldman
Claire M. Specht
WILMERHALE
60 State Street
Boston, MA  02109
william.lee@wilmerhale.com
jordan.hirsch@wilmerhale.com
lauren.fletcher@wilmerhale.com
kevin.goldman@wilmerhale.com
claire.specht@wilmerhale.com

Todd Zubler
WILMERHALE
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
todd.zubler@wilmerhale.com

Jason Kipnis
WILMERHALE
950 Page Mill Road
Palo Alto, CA  94304
jason.kipnis@wilmerhale.com

Dated:  January 12, 2016

**SO ORDERED**, this _____ day of _____, 2016.

_____

THE HONORABLE MARY PAT THYNGE
CHIEF, UNITED STATES MAGISTRATE JUDGE