# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AVM TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 15-33-RGA<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on January 21, 2016, a copy of *Plaintiff AVM Technologies, LLC's Second Supplemental Preliminary Infringement Contentions* was served via electronic mail and ftp site upon the following counsel of record:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Bindu A. Palapura<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br><br>*Counsel for Defendant Intel Corporation* | William F. Lee<br>Jordan L. Hirsch<br>Lauren B. Fletcher<br>Sarah R. Frazier<br>WILMERHALE<br>60 State Street<br>Boston, MA  02109<br>william.lee@wilmerhale.com<br>jordan.hirsch@wilmerhale.com<br>lauren.fletcher@wilmerhale.com<br>*sarah.frzxier@wilmerhale.com*<br><br>*Counsel for Defendant Intel Corporation* |

David C. Marcus
David C. Yang
Nancy Lynn Schroeder
WILMERHALE
350 South Grand Avenue
Suite 2100
Los Angeles, CA  90071
david.marcus@wilmerhale.com
david.yang@wilmerhale.com
nancy.schroeder@wilmerhale.com

*Counsel for Defendant Intel Corporation*

|  |  |
|---|---|
| *Of Counsel*: | ROSS ARONSTAM & MORITZ LLP |
| | */s/ Benjamin J. Schladweiler* |
| David Boies | Benjamin J. Schladweiler (#4601) |
| Rosanne C. Baxter | 100 S. West Street, Suite 400 |
| BOIES, SCHILLER & FLEXNER LLP | Wilmington, DE 19801 |
| 333 Main Street | (302) 576-1600 |
| Armonk, NY 10504 | bschladweiler@ramllp.com |
| dboies@bsfllp.com | |
| rbaxter@bsfllp.com | *Counsel for Plaintiff AVM Technologies, LLC* |

D. Michael Underhill
Richard S. Meyer
Patrick M. Lafferty
Jon R. Knight
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
munderhill@bsfllp.com
rmeyer@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com

Parker H. Bagley
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 800
Oakland, CA 94612
pbagley@bsfllp.com

Edward H. Takashima
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
etakashima@bsfllp.com

Dated: January 21, 2016