# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| AVM TECHNOLOGIES, LLC, a Delaware Limited Liability Company, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 15-33-RGA |
| INTEL CORPORATION, a Delaware Corporation, | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) ) ) | |

## AVM TECHNOLOGIES, LLC'S NOTICE OF DEPOSITION OF
## SAPUMAL WIJERATNE

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30 and this Court's Scheduling Order (D.I. 33), Plaintiff AVM Technologies, LLC ("AVM") will take the oral deposition of **SAPUMAL WIJERATNE**. The deposition will commence at 9:00 a.m. local time on February 15, 2016 at the office of ROSS ARONSTAM & MORITZ LLP, 100 S. West Street, Suite 400, Wilmington, DE 19801, or at another mutually agreeable time and place. The examination will continue from day to day, excluding weekends and holidays, until completed.

Please take further notice that the deposition will take place before a court reporter appointed or designated under Fed. R. Civ. P. 28 and that the deposition will also be recorded by videotape pursuant to Fed. R. Civ. P. 30(b)(3) and the protective order applicable to this case.

|  |  |
|---|---|
| | Respectfully submitted, |
| | ROSS ARONSTAM & MORITZ LLP |
| *Of Counsel*: | */s/ Benjamin J. Schladweiler* |
| | Benjamin J. Schladweiler (#4601) |
| David Boies | 100 S. West Street, Suite 400 |
| Rosanne C. Baxter | Wilmington, DE  19801 |
| BOIES, SCHILLER & FLEXNER LLP | (302) 576-1600 |
| 333 Main Street | bschladweiler@ramllp.com |
| Armonk, NY  10504 | |
| dboies@bsfllp.com | *Counsel for Plaintiff AVM Technologies, LLC* |
| rbaxter@bsfllp.com | |

D. Michael Underhill
Richard S. Meyer
Patrick M. Lafferty
Jon R. Knight
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015
munderhill@bsfllp.com
rmeyer@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com

Parker H. Bagley
BOIES, SCHILLER & FLEXNER LLP
435 Tasso Street, Suite 205
Palo Alto, CA  94301
pbagley@bsfllp.com

Edward H. Takashima
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA  90401
etakashima@bsfllp.com

Dated:  February 4, 2016

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Schladweiler, hereby certify that on February 4, 2016, a true copy of the foregoing *AVM Technologies, LLC's Notice of Deposition of Sapumal B. Wijeratne* was served via electronic mail upon the following counsel of record:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Bindu A. Palapura<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com | William F. Lee<br>Jordan L. Hirsch<br>Lauren B. Fletcher<br>Kevin A. Goldman<br>Claire M. Specht<br>WILMERHALE<br>60 State Street<br>Boston, MA  02109<br>william.lee@wilmerhale.com<br>jordan.hirsch@wilmerhale.com<br>lauren.fletcher@wilmerhale.com<br>kevin.goldman@wilmerhale.com<br>claire.specht@wilmerhale.com |
| David C. Marcus<br>Nancy Lynn Schroeder<br>WILMERHALE<br>350 South Grand Avenue<br>Suite 2100<br>Los Angeles, CA  90071<br>david.marcus@wilmerhale.com<br>nancy.schroeder@wilmerhale.com | Jason Kipnis<br>WILMERHALE<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>jason.kipnis@wilmerhale.com |
| *Counsel for Defendant Intel Corporation* | Todd Zubler<br>WILMERHALE<br>1875 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20006<br>todd.zubler@wilmerhale.com<br><br>*Counsel for Defendant Intel Corporation* |

 */s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)