**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| AVM TECHNOLOGIES, LLC, a Delaware Limited Liability Company, </br></br>Plaintiff, </br></br>v. </br></br>INTEL CORPORATION, a Delaware Corporation, </br></br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br>C.A. No. 15-33-RGA </br></br>**JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS the parties have agreed to amend certain deadlines in the Scheduling Order (D.I. 33) leading up to the November 18, 2016 Pretrial Conference;

IT IS HEREBY STIPULATED by Plaintiff AVM Technologies, LLC ("AVM") and Defendant Intel Corporation ("Intel"), subject to the Court's approval, that the following deadlines are hereby extended as shown below:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Close of Fact Discovery | March 18, 2016 | April 22, 2016 |
| Opening Expert Reports Due | April 22, 2016 | May 27, 2016 |
| Rebuttal Expert Reports Due | May 20, 2016 | June 24, 2016 |
| Reply Expert Reports Due | June 10, 2016 | July 15, 2016 |
| Close of Expert Discovery | July 1, 2016 | August 5, 2016 |
| Objections to Expert Testimony | July 22, 2016 | August 26, 2016 |
| Opening Dispositive Motions | July 22, 2016 | August 26, 2016 |
| Oppositions to Dispositive Motions | August 26, 2016 | September 30, 2016 |
| Replies to Dispositive Motions | September 16, 2016 | October 14, 2016 |

2

All other dates, including the November 18, 2016 Pretrial Conference, remain unchanged.

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
<tr><td>R<small>OSS</small> A<small>RONSTAM</small> & M<small>ORITZ</small> LLP</td><td>P<small>OTTER</small> A<small>NDERSON</small> & C<small>ORROON</small> LLP</td></tr>
<tr><td>

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)
100 S. West Street, Suite 400
Wilmington, DE  19801
(302) 576-1600
bschladweiler@ramllp.com

*Counsel for Plaintiff AVM Technologies, LLC*

</td><td>

*/s/ Bindu A. Palapura*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Counsel for Defendant Intel Corporation*

</td></tr>
</table>

Dated:  February 4, 2016

**SO ORDERED**, this _____ day of _____, 2016.

_____
THE HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE