IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVM TECHNOLOGIES LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 15-33-RGA |
| INTEL CORPORATION, | : | |
| Defendant. | : | |

**ORDER**

Intel's "Motion for Leave to Amend its Answer . . ." (D.I. 131) is **GRANTED**. On the §101 question, I think Intel has stated a claim under *In re Fisher*, 421 F.3d 1365, 1371-72 (Fed. Cir. 2005). Whether there is any merit to the claim is a question of fact, *see id.* at 1369, and I cannot say the claim is futile.

IT IS SO ORDERED this 5 day of February 2016.

/s/ Richard G. Andrews
United States District Judge