# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AVM TECHNOLOGIES, LLC, <br> a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> INTEL CORPORATION, <br> a Delaware Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 15-33-RGA <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on February 29, 2016, a copy of *AVM Technologies, LLC's Second Supplemental Responses to Defendant Intel Corporation's Interrogatories* was served via electronic mail upon the following counsel of record:

| | |
|---|---|
| Richard L. Horwitz <br> David E. Moore <br> Bindu A. Palapura <br> POTTER ANDERSON & CORROON LLP <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE  19801 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br><br> Jason Kipnis <br> WILMERHALE <br> 950 Page Mill Road <br> Palo Alto, CA  94304 <br> jason.kipnis@wilmerhale.com <br><br> *Counsel for Defendant Intel Corporation* | William F. Lee <br> Jordan L. Hirsch <br> Lauren B. Fletcher <br> Kevin A. Goldman <br> Claire M. Specht <br> WILMERHALE <br> 60 State Street <br> Boston, MA  02109 <br> william.lee@wilmerhale.com <br> jordan.hirsch@wilmerhale.com <br> lauren.fletcher@wilmerhale.com <br> kevin.goldman@wilmerhale.com <br> claire.specht@wilmerhale.com <br><br> *Counsel for Defendant Intel Corporation* |

David C. Marcus
Nancy Lynn Schroeder
WILMERHALE
350 South Grand Avenue
Suite 2100
Los Angeles, CA  90071
david.marcus@wilmerhale.com
nancy.schroeder@wilmerhale.com

*Counsel for Defendant Intel Corporation*

Todd Zubler
WILMERHALE
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
todd.zubler@wilmerhale.com

*Counsel for Defendant Intel Corporation*

| | ROSS ARONSTAM & MORITZ LLP |
|---|---|
| *Of Counsel*: | */s/ Benjamin J. Schladweiler* |
| | Benjamin J. Schladweiler (#4601) |
| David Boies | 100 S. West Street, Suite 400 |
| Rosanne C. Baxter | Wilmington, DE  19801 |
| BOIES, SCHILLER & FLEXNER LLP | (302) 576-1600 |
| 333 Main Street | bschladweiler@ramllp.com |
| Armonk, NY  10504 | |
| dboies@bsfllp.com | *Counsel for Plaintiff AVM Technologies, LLC* |
| rbaxter@bsfllp.com | |

D. Michael Underhill
Richard S. Meyer
Patrick M. Lafferty
Jon R. Knight
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015
munderhill@bsfllp.com
rmeyer@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com

Parker H. Bagley
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 800
Oakland, CA  94612
pbagley@bsfllp.com

Edward H. Takashima
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA  90401
etakashima@bsfllp.com

Dated:  February 29, 2016