# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No.  15-33-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Defendant Intel Corporation ("Defendant"), respectfully moves this Court to schedule a teleconference to address outstanding disputes regarding discovery matters.

Consistent with the Court's procedures for handling discovery disputes, the parties will provide submissions presenting their respective positions in advance of the teleconference. Defendant will initiate the teleconference on Tuesday, March 22, 2016 at 11:30am.

| | |
|---|---|
| OF COUNSEL: | Respectfully submitted, |
| | |
| David C. Marcus | POTTER ANDERSON & CORROON LLP |
| WILMER CUTLER PICKERING HALE | |
|    AND DORR LLP | |
| 350 South Grand Avenue | By:   */s/ Bindu A. Palapura* |
| Los Angeles, California 90071 |     David E. Moore (#3983) |
| Tel: (213) 443-5300 |     Bindu A. Palapura (#5370) |
| |     Hercules Plaza, 6th Floor |
| William F. Lee |     1313 N. Market Street |
| Lauren B. Fletcher |     Wilmington, DE 19801 |
| Jordan L. Hirsch |     Tel: (302) 984-6000 |
| Kevin A. Goldman |     dmoore@potteranderson.com |
| Claire M. Specht |     bpalapura@potteranderson.com |
| WILMER CUTLER PICKERING HALE | |
|    AND DORR LLP | *Attorneys for Defendant and Counterclaimant* |
| 60 State Street | *Intel Corporation* |
| Boston, Massachusetts 02109 | |
| Tel: (617) 526-6000 | |

Todd Zubler
WILMER CUTLER PICKERING HALE
   AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000

Jason Kipnis
WILMER CUTLER PICKERING HALE
   AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel: (650) 858-6000

Dated: March 8, 2016
1218198 / 42223

    IT IS SO ORDERED, this ____day of March, 2016.

                                                      _____
                                                    Chief Magistrate Judge Mary Pat Thynge