# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 15-33-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on March 8, 2016, upon the following attorneys of record as indicated below:

**DEFENDANT INTEL CORPORATION'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO AVM TECHNOLOGIES, LLC'S FIRST SET OF INTERROGATORIES (NOS. 1-31) (CONTAINS CONFIDENTIAL BUSINESS INFORMATION – CONFIDENTIAL UNDER LOCAL RULE 26.2 – OUTSIDE COUNSEL'S EYES ONLY UNDER PROTECTIVE ORDER)**

## VIA ELECTRONIC MAIL

| | |
|---|---|
| Benjamin J. Schladweiler | David Boies |
| Ross Aronstam & Moritz LLP | Rosanne C. Baxter |
| 100 S. West Street, Suite 400 | Boies, Schiller & Flexner LLP |
| Wilmington, DE 19801 | 333 Main Street |
| bschladweiler@ramllp.com | Armonk, NY 10504 |
| | dboies@bsfllp.com |
| | rbaxter@bsfllp.com |

| | |
|---|---|
| D. Michael Underhill<br>Richard S. Meyer<br>Patrick M. Lafferty<br>Jon R. Knight<br>Boies, Schiller & Flexner LLP<br>5301 Wisconsin Avenue, NW<br>Washington, DC  20015<br>munderhill@bsfllp.com<br>rmeyer@bsfllp.com<br>plafferty@bsfllp.com<br>jknight@bsfllp.com | Parker H. Bagley<br>Boies, Schiller & Flexner LLP<br>1999 Harrison Street<br>Oakland, CA  94612<br>pbagley@bsfllp.com |

Edward H. Takashima
Boies, Schiller & Flexner LLP
401 Wilshire Boulevard
Santa Monica, CA  90401
etakashima@bsfllp.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| David C. Marcus<br>WILMER CUTLER PICKERING HALE<br>   AND DORR LLP<br>350 South Grand Avenue<br>Los Angeles, California 90071<br>Tel: (213) 443-5300 | By:   */s/ Bindu A. Palapura*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com |

OF COUNSEL:

David C. Marcus
WILMER CUTLER PICKERING HALE
   AND DORR LLP
350 South Grand Avenue
Los Angeles, California 90071
Tel: (213) 443-5300

William F. Lee
Lauren B. Fletcher
Jordan L. Hirsch
Kevin A. Goldman
Claire M. Specht
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000

Todd Zubler
WILMER CUTLER PICKERING HALE
   AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000

Jason Kipnis
WILMER CUTLER PICKERING HALE
   AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel: (650) 858-6000

Dated: March 8, 2016
1218342 / 42223

POTTER ANDERSON & CORROON LLP

By:   */s/ Bindu A. Palapura*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

*Attorneys for Defendant and Counterclaimant Intel Corporation*