**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 15-33-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on March 11, 2016, upon the following attorneys of record as indicated below:

**DEFENDANT INTEL CORPORATION'S THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO AVM TECHNOLOGIES, LLC'S FIRST SET OF INTERROGATORIES (NOS. 1-31) (CONTAINS CONFIDENTIAL BUSINESS INFORMATION – CONFIDENTIAL UNDER LOCAL RULE 26.2 – OUTSIDE COUNSEL'S EYES ONLY UNDER PROTECTIVE ORDER)**

**DEFENDANT INTEL CORPORATION'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO AVM TECHNOLOGIES, LLC'S SECOND SET OF INTERROGATORIES (NOS. 32-34) (CONTAINS CONFIDENTIAL BUSINESS INFORMATION – CONFIDENTIAL UNDER LOCAL RULE 26.2 – OUTSIDE COUNSEL'S EYES ONLY UNDER PROTECTIVE ORDER)**

**DEFENDANT INTEL CORPORATION'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO AVM TECHNOLOGIES, LLC'S THIRD SET OF INTERROGATORIES (NOS. 35-37) (CONTAINS CONFIDENTIAL BUSINESS INFORMATION – CONFIDENTIAL UNDER LOCAL RULE 26.2 – OUTSIDE COUNSEL'S EYES ONLY UNDER PROTECTIVE ORDER)**

**VERIFICATION OF INTEL CORPORATION'S SUPPLEMENTAL RESPONSES TO AVM TECHNOLOGIES, LLC'S FIRST SET OF INTERROGATORIES**

2

**VIA ELECTRONIC MAIL**

Benjamin J. Schladweiler
Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE  19801
bschladweiler@ramllp.com

David Boies
Rosanne C. Baxter
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY  10504
dboies@bsfllp.com
rbaxter@bsfllp.com

D. Michael Underhill
Richard S. Meyer
Patrick M. Lafferty
Jon R. Knight
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, NW
Washington, DC  20015
munderhill@bsfllp.com
rmeyer@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com

Parker H. Bagley
Boies, Schiller & Flexner LLP
1999 Harrison Street
Oakland, CA  94612
pbagley@bsfllp.com

Edward H. Takashima
Boies, Schiller & Flexner LLP
401 Wilshire Boulevard
Santa Monica, CA  90401
etakashima@bsfllp.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| David C. Marcus<br>WILMER CUTLER PICKERING HALE<br>   AND DORR LLP<br>350 South Grand Avenue<br>Los Angeles, California 90071<br>Tel: (213) 443-5300 | By:   */s/ David E. Moore*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com |

OF COUNSEL:

David C. Marcus
WILMER CUTLER PICKERING HALE
   AND DORR LLP
350 South Grand Avenue
Los Angeles, California 90071
Tel: (213) 443-5300

William F. Lee
Lauren B. Fletcher
Jordan L. Hirsch
Kevin A. Goldman
Claire M. Specht
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000

Todd Zubler
WILMER CUTLER PICKERING HALE
   AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000

Jason Kipnis
WILMER CUTLER PICKERING HALE
   AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel: (650) 858-6000

Dated: March 11, 2016
1218624 / 42223

*Attorneys for Defendant and Counterclaimant Intel Corporation*