**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) C.A. No.  15-33-RGA |
| v. | ) |
|  | ) **JURY TRIAL DEMANDED** |
| INTEL CORPORATION, | ) |
|  | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on March 17, 2016, upon the following attorneys of record as indicated below:

**INTEL CORPORATION'S OBJECTIONS AND RESPONSES TO AVM TECHNOLOGIES, LLC'S SECOND RULE 30(B)(6) DEPOSITION NOTICE (HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY)**

**VIA ELECTRONIC MAIL**

Benjamin J. Schladweiler
Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE  19801
bschladweiler@ramllp.com

David Boies
Rosanne C. Baxter
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY  10504
dboies@bsfllp.com
rbaxter@bsfllp.com

D. Michael Underhill
Richard S. Meyer
Patrick M. Lafferty
Jon R. Knight
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, NW
Washington, DC  20015
munderhill@bsfllp.com
rmeyer@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com
Edward H. Takashima

Parker H. Bagley
Boies, Schiller & Flexner LLP
1999 Harrison Street
Oakland, CA  94612
pbagley@bsfllp.com

Boies, Schiller & Flexner LLP
401 Wilshire Boulevard
Santa Monica, CA  90401
etakashima@bsfllp.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| David C. Marcus | By:  /s/ Bindu A. Palapura |
| WILMER CUTLER PICKERING HALE | |
| AND DORR LLP | David E. Moore (#3983) |
| 350 South Grand Avenue | Bindu A. Palapura (#5370) |
| Los Angeles, California 90071 | Hercules Plaza, 6th Floor |
| Tel: (213) 443-5300 | 1313 N. Market Street |
| | Wilmington, DE  19801 |
| William F. Lee | Tel:  (302) 984-6000 |
| Lauren B. Fletcher | dmoore@potteranderson.com |
| Jordan L. Hirsch | bpalapura@potteranderson.com |
| Kevin A. Goldman | |
| Claire M. Specht | *Attorneys for Defendant and Counterclaimant* |
| WILMER CUTLER PICKERING HALE | *Intel Corporation* |
| AND DORR LLP | |
| 60 State Street | |
| Boston, Massachusetts 02109 | |
| Tel: (617) 526-6000 | |

Todd Zubler
WILMER CUTLER PICKERING HALE
    AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000

Jason Kipnis
WILMER CUTLER PICKERING HALE
    AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel: (650) 858-6000

Dated:  March 17, 2016
1219111 / 42223