#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| AVM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-33-RGA |
| | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on April 1, 2016, a copy of *AVM Technologies, LLC's Supplemental Responses to Intel Corporation's Interrogatory Nos. 1, 3, 10, 13, and 16* was served via electronic mail upon the following counsel of record:

Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

Jason Kipnis
WILMERHALE
950 Page Mill Road
Palo Alto, CA  94304
jason.kipnis@wilmerhale.com

*Counsel for Defendant Intel Corporation*

William F. Lee
Jordan L. Hirsch
Lauren B. Fletcher
Kevin A. Goldman
Claire M. Specht
WILMERHALE
60 State Street
Boston, MA  02109
william.lee@wilmerhale.com
jordan.hirsch@wilmerhale.com
lauren.fletcher@wilmerhale.com
kevin.goldman@wilmerhale.com
claire.specht@wilmerhale.com

*Counsel for Defendant Intel Corporation*

David C. Marcus  
Nancy Lynn Schroeder  
WILMERHALE  
350 South Grand Avenue  
Suite 2100  
Los Angeles, CA  90071  
david.marcus@wilmerhale.com  
nancy.schroeder@wilmerhale.com  

*Counsel for Defendant Intel Corporation*

Todd Zubler  
WILMERHALE  
1875 Pennsylvania Avenue, N.W.  
Washington, D.C.  20006  
todd.zubler@wilmerhale.com  

*Counsel for Defendant Intel Corporation*

3

|  |  |
|---|---|
|  | ROSS ARONSTAM & MORITZ LLP |
| *Of Counsel*: | */s/ Benjamin J. Schladweiler* |
|  | Benjamin J. Schladweiler (#4601) |
| David Boies | 100 S. West Street, Suite 400 |
| Rosanne C. Baxter | Wilmington, DE 19801 |
| BOIES, SCHILLER & FLEXNER LLP | (302) 576-1600 |
| 333 Main Street | bschladweiler@ramllp.com |
| Armonk, NY 10504 |  |
| dboies@bsfllp.com | *Counsel for Plaintiff AVM Technologies, LLC* |
| rbaxter@bsfllp.com |  |

D. Michael Underhill
Patrick M. Lafferty
Jon R. Knight
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
munderhill@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com

Parker H. Bagley
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 800
Oakland, CA 94612
pbagley@bsfllp.com

Edward H. Takashima
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
etakashima@bsfllp.com

Dated: April 1, 2016