**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AVM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-33-RGA |
| | ) | |
| INTEL CORPORATION, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Eric J. Maurer of the law firm Boies, Schiller & Flexner LLP to represent Defendant AVM Technologies, LLC in this matter.  In accordance with Standing Order for District Court Fund effective 3/25/2014, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Respectfully submitted,

*Of Counsel*:                                                ROSS ARONSTAM & MORITZ LLP

David Boies                                                  */s/ Benjamin J. Schladweiler*
Rosanne C. Baxter                                           Benjamin J. Schladweiler (#4601)
BOIES, SCHILLER & FLEXNER LLP                               100 S. West Street, Suite 400
333 Main Street                                             Wilmington, DE  19801
Armonk, NY  10504                                           (302) 576-1600
dboies@bsfllp.com                                           bschladweiler@ram-llp.com
rbaxter@bsfllp.com
                                                            *Counsel for Plaintiff AVM Technologies, LLC*
D. Michael Underhill
Patrick M. Lafferty
Jon R. Knight
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015
munderhill@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com

Parker H. Bagley
BOIES, SCHILLER & FLEXNER LLP
435 Tasso Street, Suite 205
Palo Alto, CA  94301
pbagley@bsfllp.com

Edward H. Takashima
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA  90401
etakashima@bsfllp.com


Dated:  April 1, 2016


**SO ORDERED**, this _____ day of _____, 2016.


_____
THE HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE

2

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the bar of the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date:   April 1, 2016                        /s/ Eric J. Maurer
                                         Eric J. Maurer
                                         BOIES, SCHILLER & FLEXNER LLP
                                         5301 Wisconsin Avenue, Suite 800
                                         Washington, D.C.  20015
                                         Telephone: (202) 237-2727
                                         Facsimile: (202) 237-6131
                                         emaurer@bsfllp.com