# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AVM TECHNOLOGIES, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>INTEL CORPORATION,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 15-33-RGA<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on April 4, 2016, a copy of *AVM Technologies, LLC's Supplemental Objections and Second Supplemental Responses to Defendant Intel Corporation's Interrogatory No. 19A* was served via electronic mail upon the following counsel of record:

Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

Jason Kipnis
WILMERHALE
950 Page Mill Road
Palo Alto, CA  94304
jason.kipnis@wilmerhale.com

*Counsel for Defendant Intel Corporation*

William F. Lee
Jordan L. Hirsch
Lauren B. Fletcher
Kevin A. Goldman
Claire M. Specht
WILMERHALE
60 State Street
Boston, MA  02109
william.lee@wilmerhale.com
jordan.hirsch@wilmerhale.com
lauren.fletcher@wilmerhale.com
kevin.goldman@wilmerhale.com
claire.specht@wilmerhale.com

*Counsel for Defendant Intel Corporation*

<div style="columns:2">

David C. Marcus
Nancy Lynn Schroeder
WILMERHALE
350 South Grand Avenue
Suite 2100
Los Angeles, CA  90071
david.marcus@wilmerhale.com
nancy.schroeder@wilmerhale.com

*Counsel for Defendant Intel Corporation*

*Of Counsel*:

David Boies
Rosanne C. Baxter
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY  10504
dboies@bsfllp.com
rbaxter@bsfllp.com

D. Michael Underhill
Patrick M. Lafferty
Jon R. Knight
Eric J. Maurer
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015
munderhill@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com
emaurer@bsfllp.com

Parker H. Bagley
BOIES, SCHILLER & FLEXNER LLP
435 Tasso Street, Suite 205
Palo Alto, CA  94301
pbagley@bsfllp.com

Edward H. Takashima
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA  90401
etakashima@bsfllp.com

Dated:  April 4, 2016

Todd Zubler
WILMERHALE
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
todd.zubler@wilmerhale.com

*Counsel for Defendant Intel Corporation*


ROSS ARONSTAM & MORITZ LLP

 */s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)
100 S. West Street, Suite 400
Wilmington, DE  19801
(302) 576-1600
bschladweiler@ramllp.com

*Counsel for Plaintiff AVM Technologies, LLC*

</div>