# **EXHIBIT C**

**Jon Knight**

| | |
|---|---|
| **From:** | Specht, Claire <Claire.Specht@wilmerhale.com> |
| **Sent:** | Tuesday, March 15, 2016 11:46 AM |
| **To:** | Rosanne C. Baxter; Jon Knight; Patrick Lafferty; Zubler, Todd; Goldman, Kevin |
| **Cc:** | 'dboies@bsfllp.com'; 'rbaxter@bsfllp.com'; 'munderhill@bsfllp.com'; 'rmeyer@bsfllp.com'; 'teppley@bsfllp.com'; 'jknight@bsfllp.com'; 'cgood@bsfllp.com'; 'pbagley@bsfllp.com'; 'etakashima@bsfllp.com'; Benjamin J. Schladweiler; Assistants; Jennifer Lano; RHorwitz@potteranderson.com; 'ipservice@potteranderson.com'; dmoore@potteranderson.com; bpalapura@potteranderson.com; 'david.marcus@wilmerhale.com'; 'william.lee@wilmerhale.com'; 'jordan.hirsch@wilmerhale.com'; AVM; 'lauren.fletcher@wilmerhale.com'; 'kevin.goldman@wilmerhale.com'; 'claire.specht@wilmerhale.com'; 'jason.kipnis@wilmerhale.com' |
| **Subject:** | RE: AVM Technologies LLC v. Intel Corporation |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Rosanne:

Thank you very much for your response. I will respond to each point below:

1d. Your summary is incomplete. Intel offered to consider any compromise proposal by AVM. AVM refused. Intel offered to defer the question of discovery into cost sharing until further authorized submissions have been made so there can be one consistent approach. AVM refused. Intel is not willing to spend time and money answering AVM's burdensome questions, only to have AVM ask more questions or take a deposition. In that event, AVM would cause Intel to spend more money seeking costs than it would stand to recover. That is contrary to common sense and is not what the Court ordered. We are happy to discuss further in an effort to reach a reasonable compromise.

1e. We agree that we seem to be at an impasse on this issue. Intel has not admitted that the Future Link case involves comparable technology, and AVM has not made any such showing or attempted to do so. Nevertheless, in order to avoid burdening the Court with this issue, Intel would consider producing certain documents from the Future Link case if AVM commits that it will not seek documents from any other Intel litigation, given that AVM has already lost this issue before the Court and given how late we are in the discovery period. If AVM agrees, please tell us which specific documents AVM wants from the Future Link case.



2c-2d. Thank you for clarifying the basis of your attorney client privilege and work product assertions for communications with litigation consultants. We are considering your position. In the meantime, please confirm that you are not asserting attorney client privilege over communications with litigation consultants that do not include communications received from an attorney.

We will write separately to address the issues raised in Jon's email dated March 14.

Regards,
Claire

**Claire M. Specht | WilmerHale**
+1 617 526 6924 (t)
claire.specht@wilmerhale.com

---

**From:** Rosanne C. Baxter [mailto:Rbaxter@BSFLLP.com]
**Sent:** Friday, March 11, 2016 1:58 PM
**To:** Specht, Claire; Jon Knight; Patrick Lafferty; Zubler, Todd; Goldman, Kevin
**Cc:** 'dboies@bsfllp.com'; 'rbaxter@bsfllp.com'; 'munderhill@bsfllp.com'; 'rmeyer@bsfllp.com'; 'teppley@bsfllp.com'; 'jknight@bsfllp.com'; 'cgood@bsfllp.com'; 'pbagley@bsfllp.com'; 'etakashima@bsfllp.com'; Benjamin J. Schladweiler; Assistants; Jennifer Lano; RHorwitz@potteranderson.com; 'ipservice@potteranderson.com'; dmoore@potteranderson.com; bpalapura@potteranderson.com; 'david.marcus@wilmerhale.com'; 'william.lee@wilmerhale.com'; 'jordan.hirsch@wilmerhale.com'; AVM; 'lauren.fletcher@wilmerhale.com'; 'kevin.goldman@wilmerhale.com'; 'claire.specht@wilmerhale.com'; 'jason.kipnis@wilmerhale.com'
**Subject:** RE: AVM Technologies LLC v. Intel Corporation

Claire,

With respect to 1.d, below, the Court ordered that Intel allow AVM to probe the basis for Intel's claimed costs. Intel has refused to answer any AVM questions unless, before Intel provides any information, AVM agreed to waive its rights to seeking additional information even if the information is incomplete or unsatisfactory. AVM plans to file a short response to Intel's motion informing the Court of Intel's refusal.

With respect to 1.e, we disagree with your statement that "AVM has not made any such showing" of technical comparability. Intel has claimed in this case that before producing materials from one litigation in a different litigation, there must be a showing of technical comparability. Intel has chosen to produce materials from the first AVM litigation in the Future Link case. As such, by Intel's own admission, there must be technical comparability between the AVM's '547 Patent and the technology at issue in Future Link else Intel would not have produced the materials to Future Link. We are at an impasse on this issue.



With respect to 3.a, we will write separately identifying specific entries and providing case law.

With respect to 5 and 6, we will write separately to schedule and discuss these issues.

Regards,

Rosanne

**ROSANNE C. BAXTER**
**BOIES, SCHILLER & FLEXNER LLP**
333 Main Street · Armonk, NY 10504
Direct 914.749.8206 · Main 914.749.8200 · Fax 914.749.8300
rbaxter@bsfllp.com

---

**From:** Specht, Claire [mailto:Claire.Specht@wilmerhale.com]
**Sent:** Wednesday, March 09, 2016 6:41 PM
**To:** Rosanne C. Baxter; Jon Knight; Patrick Lafferty; Zubler, Todd; Goldman, Kevin
**Cc:** 'dboies@bsfllp.com'; 'rbaxter@bsfllp.com'; 'munderhill@bsfllp.com'; 'rmeyer@bsfllp.com'; 'teppley@bsfllp.com'; 'jknight@bsfllp.com'; 'cgood@bsfllp.com'; 'pbagley@bsfllp.com'; 'etakashima@bsfllp.com'; Benjamin J. Schladweiler; Assistants; Jennifer Lano; RHorwitz@potteranderson.com; 'ipservice@potteranderson.com'; dmoore@potteranderson.com; bpalapura@potteranderson.com; 'david.marcus@wilmerhale.com'; 'william.lee@wilmerhale.com'; 'jordan.hirsch@wilmerhale.com'; AVM; 'lauren.fletcher@wilmerhale.com'; 'kevin.goldman@wilmerhale.com'; 'claire.specht@wilmerhale.com'; 'jason.kipnis@wilmerhale.com'
**Subject:** RE: AVM Technologies LLC v. Intel Corporation

Counsel,

I write to summarize the parties' meet-and-confers on March 8 and March 9.

1. <u>AVM's February 24 Email:</u>

    a) With respect to AVM's requests for wafer characterization data, while AVM acknowledged that Intel is in the process of collecting the wafer characterization data, AVM informed Intel that AVM may seek an extension of fact discovery with respect to the wafer characterization data-related discovery depending on when Intel produces such information.

    b) With respect to Intel's response to AVM Interrogatory No. 33, Intel explained that its response—which points to specific files [REDACTED]—complies with Rule 33(d). AVM's request that Intel identify information for particular circuit conditions would require Intel to conduct extensive analysis (which AVM is equally capable of performing), and is unduly burdensome and disproportionate to the needs of the case. AVM has declared the parties at impasse with respect to the level of specificity in Intel's response.

    c) As to Intel's response to AVM Interrogatory No. 38, Intel informed AVM that [REDACTED] Intel further explained that, in its response to AVM's interrogatory, it identified the analyses used to estimate timing parameters that Intel generates, but properly noted that, by identifying such analyses, Intel was not admitting that they were relevant. AVM declared impasse as to the response to this interrogatory.

    d) Intel explained that, as currently posed, AVM's request for further information related to its cost-sharing submission for restoring the archived GPU data and reservation of rights to take further informal and formal discovery, would cause Intel to incur more costs than it is currently seeking under its cost-sharing proposal. AVM declined to make a compromise offer. Intel agreed to let AVM know by Friday, March 11, whether and what types of information Intel would be willing to provide in relation to its cost-sharing request conditioned on AVM's agreement not to take further discovery if Intel provides further agreed upon information.

    e) As to AVM's request that Intel produce litigation materials from the *Future Link* case, Intel stated that it would consider producing materials from the *Future Link* case if AVM showed technological