# **EXHIBIT E**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 15-33-RGA |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**AVM TECHNOLOGIES, LLC'S FIRST SET OF
INTERROGATORIES TO DEFENDANT INTEL CORPORATION (NOS. 1-31)**

Pursuant to Federal Rule of Civil Procedure 33, Plaintiff AVM Technologies, LLC ("AVM"), hereby requests that Defendant Intel Corporation ("Intel") answer the following interrogatories within thirty (30) days, subject to the following definitions and instructions.

**DEFINITIONS AND INSTRUCTIONS**

1. The "'547 Patent" means U.S. Patent No. 5,859,547.

2. "Accused Products" means each and every product or device developed, created, made, sold, offered for sale, distributed, or used by or on behalf of Intel that AVM contends infringes the '547 Patent as set forth in AVM's Complaint [Dkt. No. 1 ¶¶ 28-33 and Exhibits B-D] and, when served, its Infringement Contentions, including any subsequent versions), including without limitation, any product, processor, chipset, or device that comprises, includes, or is based upon the Sandy Bridge core, the Ivy Bridge core, the Haswell core, and/or the Broadwell core (or their respective core design).

3. An "Affiliate" of an entity means a second entity that currently or previously, directly or indirectly, owns any portion of the first entity, is wholly or partially owned by the first entity, is under common ownership (complete or partial) with the first entity, has any officers or

1

26.     If Intel cannot respond to any interrogatory in full, it should respond to the fullest extent possible, explain why it cannot respond to the remainder, and describe the nature of the information it cannot furnish.

## **INTERROGATORIES**

## **INTERROGATORY NO. 1**

Separately for each core design, Identify all Accused Products and Prior Products (including but not limited to processors, chipsets, and motherboards) developed, made, used, distributed, leased, sold, or offered for sale by Intel in the United States, imported into the United States, or exported from the United States, since 2006, including, for each, the beginning and ending dates it was developed, made, used, distributed, sold, offered for sale, imported in and/or exported from the United States; the product's clock speed, measured in GHz; and the product's cache size, measured in MB.

## **INTERROGATORY NO. 2**

Separately for each Accused Product, Identify all Entities (not including natural persons or individuals) who made, tested, developed, distributed, sold or offered for sale the Accused Product in the United States, imported the Accused Product into the United States, and/or exported the Accused Product from the United States.

## **INTERROGATORY NO. 3**

Separately for each product responsive to Interrogatory No. 1, provide monthly business information, both in the aggregate and separately for each Intel customer (excluding individual retail customers), including: (a) the number of units sold, distributed, leased, or otherwise made available to third parties in the United States; (b) the number of units imported, made or assembled in the United States that were sold, distributed, leased or otherwise made available to

third parties outside the United States; (c) Your revenues, gross profits, costs, and net profits from the activities in (a) above; (d) Your revenues, gross profits, costs, and net profits from the activities in (b) above;  (e) the average price of each product; and (f) any other revenues associated with each product.

**INTERROGATORY NO. 4**

For each product responsive to Interrogatory No. 1, Identify all products that, except for differences associated with clock speed or cache size, are otherwise the same as that product.

**INTERROGATORY NO. 5**

Separately for each Accused Product,  provide monthly production and inventory information, including: (a) the number of units made at each location; (b) the number of units tested at each location; (c) the number of units in inventory at each location; and (d) the number of units returned or recalled to each location.

**INTERROGATORY NO. 6**

Identify the four (4) Intel employees or former employees most knowledgeable about the conception, design, research, development, structure, and operation of each of the Dynamic Circuits in the Accused Products and any functional unit blocks that use, provide direct input to, receive direct output from, and/or control (including timing), any Dynamic Circuit(s), including their name, current relationship to Intel, job title at Intel, role in the development, phone number and address.

**INTERROGATORY NO. 7**

Identify the location of each Dynamic Circuit within each Accused Product, including each functional unit block (FUB) that uses, provides direct input to, receives direct output from, and/or directly controls (including timing) any Dynamic Circuit.