# **EXHIBIT F**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AVM TECHNOLOGIES, LLC, | ) | C.A. No. 15-33-RGA |
| | ) | |
| Plaintiff, | ) | **CONTAINS CONFIDENTIAL** |
| | ) | **BUSINESS INFORMATION –** |
| v. | ) | **CONFIDENTIAL UNDER LOCAL** |
| | ) | **RULE 26.2 – OUTSIDE** |
| INTEL CORPORATION, | ) | **COUNSEL'S EYES ONLY** |
| | ) | **UNDER PROTECTIVE ORDER** |
| Defendant. | ) | |

**DEFENDANT INTEL CORPORATION'S SECOND SUPPLEMENTAL
OBJECTIONS AND RESPONSES TO AVM TECHNOLOGIES, LLC'S
FIRST SET OF INTERROGATORIES (NOS. 1-31)**

Defendant Intel Corporation ("Intel") hereby provides the following supplemental objections and responses to Plaintiff AVM Technologies, LLC's ("AVM") First Set of Interrogatories.

**GENERAL OBJECTIONS**

Intel incorporates the General Objections identified in Intel's Objections and Responses to AVM's First Set of Interrogatories (Nos. 1-31), as if fully set forth herein.

**SPECIFIC OBJECTIONS AND RESPONSES**

**INTERROGATORY NO. 1**

Separately for each core design, Identify all Accused Products and Prior Products (including but not limited to processors, chipsets, and motherboards) developed, made, used, distributed, leased, sold, or offered for sale by Intel in the United States, imported into the United States, or exported from the United States, since 2006, including, for each, the beginning and ending dates it was developed, made, used, distributed, sold, offered for sale, imported in and/or exported from the United States; the product's clock speed, measured in GHz; and the product's cache size, measured in MB.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION
CONFIDENTIAL UNDER LOCAL RULE 26.2
OUTSIDE COUNSEL'S EYES ONLY UNDER PROPOSED PROTECTIVE ORDER

**RESPONSE TO NO. 1**

Intel incorporates its general objections. Intel objects to this interrogatory as overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence on the grounds that it seeks information regarding products not accused of infringement in this case or the Prior Litigation (including chipsets and motherboards), characteristics of Intel products (including clock speed and cache size) not relevant to AVM's claims or defenses, and activities not relevant to AVM's claims or defenses.

Subject to and without waiving its general and specific objections, Intel responds as follows:

The Yonah microprocessor core was ███████████████████████ ███████████████ and launched in January 2006.

The Cedar Mill microprocessor core was designed and developed ███████ ███████ Cedar Mill was ███████████████████████ ███████ and launched in January 2006.

The Merom microprocessor core was designed and developed ███████ ███ Merom was ███████████████████████████████ and launched in July 2006.

The Penryn microprocessor core was ███████████████████████ ███████████████ and first released in January 2008.

The Sandy Bridge microprocessor core was ███████████████ ███████████████ Sandy Bridge products were publicly demonstrated in the U.S. at the Intel Developer Forum on September 22, 2009. Sandy Bridge products were first sold in the U.S. on November 4, 2010.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION
CONFIDENTIAL UNDER LOCAL RULE 26.2
OUTSIDE COUNSEL'S EYES ONLY UNDER PROPOSED PROTECTIVE ORDER

The Ivy Bridge microprocessor core was ███████████████████ ███████████████████ Ivy Bridge products were first publicly demonstrated in the U.S. at the Intel Developer Forum on September 14, 2011.  Ivy Bridge products were first sold in the U.S. on February 2, 2012.

The Haswell microprocessor core ███████████████████████ ███████████████ Haswell products were first publicly demonstrated in the U.S. at the Intel Developer Forum on September 14, 2011.  Haswell products were first sold in the U.S. on March 26, 2013.

The Broadwell microprocessor core ██████████████████████ ███████████████████████ Broadwell products were first publicly demonstrated in the U.S. at the Intel Developer Forum on September 10, 2013.  Broadwell products were first sold in the U.S. on November 6, 2014.

Pursuant to Federal Rule of Civil Procedure 33(d), Intel will produce documents sufficient to identify microprocessor products based on the Sandy Bridge, Ivy Bridge, Haswell, and Broadwell designs.  Intel will also produce quarterly sales data for microprocessor products based on the Sandy Bridge, Ivy Bridge, Haswell, and Broadwell designs.

**SUPPLEMENTAL RESPONSE TO NO. 1**

Intel incorporates the General and specific objections included in the above response to Interrogatory No. 1.  Subject to and without waiving the foregoing general and specific objections, Intel supplements its response as follows:  Intel identifies, pursuant to Federal Rule of Civil Procedure 33(d), the following information: 87500DOC00029229-87500DOC00029230; 87500DOC00024801-87500DOC00024802; 87500DOC00024698-87500DOC00024701; 87502DOC09008448-87502DOC09008482; 87502DOC09138648-87502DOC09138822;

CONTAINS CONFIDENTIAL BUSINESS INFORMATION
CONFIDENTIAL UNDER LOCAL RULE 26.2
OUTSIDE COUNSEL'S EYES ONLY UNDER PROPOSED PROTECTIVE ORDER

87502DOC09062441; 87500DOC00019210-87500DOC00019225; 87500DOC00019226-87500DOC00019286; 87500DOC00019287-87500DOC00019480; 87500DOC00019556-87500DOC00019759; 87500DOC00019826-87500DOC00020134.

**INTERROGATORY NO. 3**

Separately for each product responsive to Interrogatory No. 1, provide monthly business information, both in the aggregate and separately for each Intel customer (excluding individual retail customers), including: (a) the number of units sold, distributed, leased, or otherwise made available to third parties in the United States; (b) the number of units imported, made or assembled in the United States that were sold, distributed, leased or otherwise made available to third parties outside the United States; (c) Your revenues, gross profits, costs, and net profits from the activities in (a) above; (d) Your revenues, gross profits, costs, and net profits from the activities in (b) above; (e) the average price of each product; and (f) any other revenues associated with each product.

**RESPONSE TO NO. 3**

Intel incorporates its general objections. Intel objects to this interrogatory as overly broad and unduly burdensome, including for seeking information "[s]eparately for each product," "separately for each Intel customer," and on a monthly basis. Intel objects to this interrogatory as not reasonably calculated to lead to the discovery of admissible evidence to the extent it seeks information regarding activities not relevant to AVM's claims or defenses. Intel objects to the phrase "any other revenues associated with each product" as vague and ambiguous. Intel also objects to this interrogatory to the extent it seeks information in a form that Intel does not maintain in the ordinary course of business.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION
CONFIDENTIAL UNDER LOCAL RULE 26.2
OUTSIDE COUNSEL'S EYES ONLY UNDER PROPOSED PROTECTIVE ORDER

Subject to and without waiving its general and specific objections, Intel responds that pursuant to Federal Rule of Civil Procedure 33(d) it will produce documents sufficient to show, for its products based on the Sandy Bridge, Ivy Bridge, Haswell, and Broadwell designs: quarterly net billings and unit sales, cost of sales, gross margins, and operating profits.

**SUPPLEMENTAL RESPONSE TO NO. 3**

Intel incorporates the General and specific objections included in the above response to Interrogatory No. 3. Subject to and without waiving the foregoing general and specific objections, Intel supplements its response as follows: Intel identifies, pursuant to Federal Rule of Civil Procedure 33(d), the following sales and revenue information: 87502DOC09138648-87502DOC09138822. Intel will identify and produce non-privileged documents in its possession, custody, and control regarding fabrication, assembly, testing, and shipment locations for microprocessor products based on the Sandy Bridge, Ivy Bridge, Haswell, and Broadwell designs.

**INTERROGATORY NO. 8**

Identify, by Bates number, all documents evidencing, Concerning, or Relating to the reliability of any Dynamic Circuit in any Intel product (including but not limited the Accused Products and the Prior Products) due to charge sharing, power supply noise, propagation noise, cross-capacitance coupling, and/or sub-threshold leakage, including any waivers or exceptions to such conditions.

**RESPONSE TO NO. 8**

Intel incorporates its general objections. Intel objects to this interrogatory as overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence on the grounds that it seeks "all" documents regarding products and circuits not