# **EXHIBIT H**

# Jon Knight

| | |
|---|---|
| **From:** | Jon Knight |
| **Sent:** | Friday, March 04, 2016 6:37 PM |
| **To:** | Specht, Claire; Rosanne C. Baxter; Patrick Lafferty; Zubler, Todd; Goldman, Kevin |
| **Cc:** | 'dboies@bsfllp.com'; 'rbaxter@bsfllp.com'; 'munderhill@bsfllp.com'; 'rmeyer@bsfllp.com'; 'teppley@bsfllp.com'; 'jknight@bsfllp.com'; 'cgood@bsfllp.com'; 'pbagley@bsfllp.com'; 'etakashima@bsfllp.com'; Benjamin J. Schladweiler; Assistants; Jennifer Lano; RHorwitz@potteranderson.com; 'ipservice@potteranderson.com'; dmoore@potteranderson.com; bpalapura@potteranderson.com; 'david.marcus@wilmerhale.com'; 'william.lee@wilmerhale.com'; 'jordan.hirsch@wilmerhale.com'; AVM; 'lauren.fletcher@wilmerhale.com'; 'kevin.goldman@wilmerhale.com'; 'claire.specht@wilmerhale.com'; 'jason.kipnis@wilmerhale.com' |
| **Subject:** | RE: AVM Technologies LLC v. Intel Corporation |

Good evening Claire,

As promised during our meet and confer on March 1, AVM has considered when it can supplement its responses to Interrogatories No. 1, 3, 10, and 13.  While we cannot give a date certain as to when we will supplement these interrogatories, we can confirm that we plan on supplementing these four interrogatories within the next two weeks.

Further, we wish to reiterate a point mentioned and acknowledged during that meet and confer session.  AVM is not "standing on" any of its discovery responses, especially given the deficiencies in Intel's production and the fact that substantive depositions have not yet occurred.  Discovery is still ongoing, and AVM has—as indeed, Intel has—reserved its right to amend and supplement its discovery responses as fact and expert discovery continue in this case.  That fact that we have, at times, acquiesced to your requests that we supplement particular responses at a particular time does not limit our right to further supplementation or amendment; similarly, the fact that the state of discovery does not permit us to offer further supplementation at a particular time does not mean we forfeit our right to do so in the future.

Regards,


**Jon R. Knight, Esq.**
**Associate**
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, DC 20015
Main: (202) 237-2727
Direct: (202) 895-7567
Cell: (540) 247-4092
Fax: (202) 237-6131
Jknight@bsfllp.com
www.BSFLLP.com

---

**From:** Specht, Claire [mailto:Claire.Specht@wilmerhale.com]
**Sent:** Friday, March 04, 2016 12:58 PM
**To:** Jon Knight; Rosanne C. Baxter; Patrick Lafferty; Zubler, Todd; Goldman, Kevin
**Cc:** 'dboies@bsfllp.com'; 'rbaxter@bsfllp.com'; 'munderhill@bsfllp.com'; 'rmeyer@bsfllp.com'; 'teppley@bsfllp.com';