# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, <br> a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> INTEL CORPORATION, <br> a Delaware Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 15-33-RGA <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) |

## AVM TECHNOLOGIES, LLC'S NOTICE OF DEPOSITION OF
## JAMES KOVACS

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30 and this Court's Scheduling Order (Dkt. No. 33), Plaintiff AVM Technologies, LLC ("AVM") will take the oral deposition of **JAMES KOVACS**. The deposition will commence at 9:00 a.m. local time on April 28, 2016 at WilmerHale's Palo Alto office at 950 Page Mill Road, Palo Alto, CA 94304, or at another mutually agreeable time and place. The examination will continue from day to day, excluding weekends and holidays, until completed.

Please take further notice that the deposition will take place before a court reporter appointed or designated under Fed. R. Civ. P. 28 and that the deposition will also be recorded by videotape pursuant to Fed. R. Civ. P. 30(b)(3) and the protective order applicable to this case.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ROSS ARONSTAM & MORITZ LLP |
| *Of Counsel*: | */s/ Benjamin J. Schladweiler* |
|  | Benjamin J. Schladweiler (#4601) |
| David Boies | Nicholas D. Mozal (#5838) |
| Rosanne C. Baxter | 100 S. West Street, Suite 400 |
| BOIES, SCHILLER & FLEXNER LLP | Wilmington, DE  19801 |
| 333 Main Street | (302) 576-1600 |
| Armonk, NY  10504 | bschladweiler@ramllp.com |
| dboies@bsfllp.com |  |
| rbaxter@bsfllp.com | *Counsel for Plaintiff AVM Technologies, LLC* |

Of Counsel:

David Boies
Rosanne C. Baxter
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY  10504
dboies@bsfllp.com
rbaxter@bsfllp.com

D. Michael Underhill
Eric J. Maurer
Patrick M. Lafferty
Jon R. Knight
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015
munderhill@bsfllp.com
emaurer@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com

Parker H. Bagley
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 800
Oakland, CA  94612
pbagley@bsfllp.com

Edward H. Takashima
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA  90401
etakashima@bsfllp.com

Dated:  April 15, 2016

## CERTIFICATE OF SERVICE

I, Benjamin J. Schladweiler, hereby certify that on April 15, 2016, a true copy of the foregoing **AVM TECHNOLOGIES, LLC'S NOTICE OF DEPOSITION OF JAMES KOVACS** was served via electronic mail upon the following counsel of record:

Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Counsel for Defendant Intel Corporation*

David C. Marcus
David C. Yang
Nancy Lynn Schroeder
WILMERHALE
350 South Grand Avenue
Suite 2100
Los Angeles, CA  90071
david.marcus@wilmerhale.com
david.yang@wilmerhale.com
nancy.schroeder@wilmerhale.com

William F. Lee
Jordan L. Hirsch
Lauren B. Fletcher
WILMERHALE
60 State Street
Boston, MA  02109
william.lee@wilmerhale.com
jordan.hirsch@wilmerhale.com
lauren.fletcher@wilmerhale.com

*Counsel for Defendant Intel Corporation*

 */s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler