IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, a Delaware Limited Liability Company, Plaintiff, v. INTEL CORPORATION, a Delaware Corporation, Defendant. | C.A. No. 15-33-RGA **JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by Plaintiff AVM Technologies, LLC ("AVM") and Defendant Intel Corporation ("Intel"), subject to the Court's approval, that the trial schedule is hereby extended as shown in Exhibit A.

|  |  |
|---|---|
|  | Respectfully submitted, |
| ROSS ARONSTAM & MORITZ LLP | POTTER ANDERSON & CORROON LLP |
| /s/ Nicholas D. Mozal | /s/ Bindu A. Palapura |
| Benjamin J. Schladweiler (#4601) | Richard L. Horwitz (#2246) |
| Nicholas D. Mozal (#5838) | David E. Moore (#3983) |
| 100 S. West Street, Suite 400 | Bindu A. Palapura (#5370) |
| Wilmington, DE 19801 | Hercules Plaza, 6th Floor |
| (302) 576-1600 | 1313 N. Market Street |
| bschladweiler@ramllp.com | Wilmington, DE 19801 |
| nmozal@ramllp.com | (302) 984-6000 |
|  | rhorwitz@potteranderson.com |
| *Counsel for Plaintiff AVM Technologies, LLC* | dmoore@potteranderson.com |
|  | bpalapura@potteranderson.com |
|  | *Counsel for Defendant Intel Corporation* |

Dated: April 15, 2016
1221556/42223

SO ORDERED, this **18** day of **April**, 2016.

_____
THE HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

*AVM Technologies LLC v. Intel Corporation*

**JOINT PROPOSED TRIAL SCHEDULE**

| EVENT | PROPOSED SCHEDULE |
|---|---|
| Exchange of Proposed Claim Terms for Construction (Exchanged, Not Filed) | April 18, 2016 |
| Close of Fact Discovery | April 22, 2016<br>June 10, 2016 (for depositions) |
| Exchange of Proposed Claim Constructions (Exchanged, Not Filed) | April 25, 2016 |
| Joint Claim Construction Chart | May 9, 2016 |
| Opening Claim Construction Briefs (Exchanged, Not Filed) | May 23, 2016 |
| Responsive Claim Construction Briefs (Exchanged, Not Filed) | June 6, 2016 |
| Joint Claim Construction Brief | June 10, 2016 |
| *Markman* Hearing | ~~June 20-24, 2016~~ ~~(or at Court's convenience)~~ → June 21, 2016 @ 9:00 a.m. |
| Opening expert reports | September 13, 2016 |
| Rebuttal expert reports | October 25, 2016 |
| Reply expert reports | November 15, 2016 |
| Close of expert discovery | December 16, 2016 |

| EVENT | PROPOSED SCHEDULE |
|---|---|
| Objections to expert testimony | January 27, 2017 (11 a.m.) |
| Opening dispositive motions | January 27, 2017 (11 a.m.) |
| Oppositions to dispositive motions | February 24, 2017 |
| Replies to dispositive motions | March 10, 2017 |
| Motions in Limine (filed with court) | April 7, 2017 |
| Response to Motions in Limine (filed with court) | April 7, 2017 |
| Joint Proposed Pretrial Order (filed with court) | April 7, 2017 |
| Jury instructions, voir dire, and special verdict forms (filed with court) | April 7, 2017 |
| Final Pretrial Conference | April 21, 2017 @ 9:00 AM. |
| JURY TRIAL (5 days expected length) | May 1, 2017 @ 9:30 a.m. |

2