# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 15-33-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following was caused to be served on April 18, 2016, upon the following attorneys of record as indicated below:

**INTEL CORPORATION'S PROPOSED CLAIM TERMS FOR CONSTRUCTION**

## VIA ELECTRONIC MAIL

Benjamin J. Schladweiler
Nicholas D. Mozal
Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
bschladweiler@ramllp.com
nmozal@ramllp.com

D. Michael Underhill
Patrick M. Lafferty
Jon R. Knight
Eric J. Maurer
Thomas W. Keenan
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
munderhill@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com
emaurer@bsfllp.com
tkeenan@bsfllp.com

David Boies
Rosanne C. Baxter
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
dboies@bsfllp.com
rbaxter@bsfllp.com

Parker H. Bagley
Boies, Schiller & Flexner LLP
1999 Harrison Street
Oakland, CA 94612
pbagley@bsfllp.com

Edward H. Takashima
Boies, Schiller & Flexner LLP
401 Wilshire Boulevard
Santa Monica, CA 90401
etakashima@bsfllp.com

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| David C. Marcus<br>WILMER CUTLER PICKERING HALE<br>    AND DORR LLP<br>350 South Grand Avenue<br>Los Angeles, California 90071<br>Tel: (213) 443-5300 | By: */s/ Bindu A. Palapura*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000 |
| William F. Lee<br>Lauren B. Fletcher<br>Jordan L. Hirsch<br>Kevin A. Goldman<br>Claire M. Specht<br>WILMER CUTLER PICKERING HALE<br>    AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Tel: (617) 526-6000 | dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br><br>*Attorneys for Defendant and Counterclaimant Intel Corporation* |

Todd Zubler
WILMER CUTLER PICKERING HALE
    AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000

Jason Kipnis
WILMER CUTLER PICKERING HALE
    AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel: (650) 858-6000

Dated: April 19, 2016
1221719 / 42223