**IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 15-33-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on April 22, 2016, upon the following attorneys of record as indicated below:

**DEFENDANT INTEL CORPORATION'S OBJECTIONS AND RESPONSES TO AVM TECHNOLOGIES, LLC'S FOURTH SET OF REQUESTS FOR PRODUCTION (NOS. 80-105) (OUTSIDE COUNSEL'S EYES ONLY PURSUANT TO PROTECTIVE ORDER)**

**DEFENDANT INTEL CORPORATION'S OBJECTIONS AND RESPONSES TO AVM TECHNOLOGIES, LLC'S THIRD SET OF REQUESTS FOR ADMISSION (NOS. 28-54) (HIGHLY CONFIDENTIAL –OUTSIDE COUNSEL'S EYES ONLY)**

**DEFENDANT INTEL CORPORATION'S OBJECTIONS AND RESPONSES TO AVM TECHNOLOGIES, LLC'S FIFTH SET OF INTERROGATORIES (NOS. 40-42) (CONTAINS CONFIDENTIAL BUSINESS INFORMATION – OUTSIDE COUNSEL'S EYES ONLY PURSUANT TO PROTECTIVE ORDER)**

**DEFENDANT INTEL CORPORATION'S FIFTH SUPPLEMENTAL OBJECTIONS AND RESPONSES TO AVM TECHNOLOGIES, LLC'S FIRST SET OF INTERROGATORIES (NOS. 1-31) (CONTAINS CONFIDENTIAL BUSINESS INFORMATION – OUTSIDE COUNSEL'S EYES ONLY PURSUANT TO PROTECTIVE ORDER)**

**DEFENDANT INTEL CORPORATION'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO AVM TECHNOLOGIES, LLC'S THIRD SET OF INTERROGATORIES (NOS. 35-37) (CONTAINS CONFIDENTIAL BUSINESS INFORMATION – OUTSIDE COUNSEL'S EYES ONLY PURSUANT TO PROTECTIVE ORDER)**

**INTEL'S SECOND SUPPLEMENTAL INVALIDITY CONTENTIONS (HIGHLY CONFIDENTIAL –OUTSIDE COUNSEL'S EYES ONLY)**

**VIA ELECTRONIC MAIL**

Benjamin J. Schladweiler
Nicholas D. Mozal
Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE  19801
bschladweiler@ramllp.com
nmozal@ramllp.com

Edward H. Takashima
Boies, Schiller & Flexner LLP
401 Wilshire Boulevard
Santa Monica, CA  90401
etakashima@bsfllp.com

D. Michael Underhill
Patrick M. Lafferty
Jon R. Knight
Eric J. Maurer
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, NW
Washington, DC  20015
munderhill@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com
emaurer@bsfllp.com

David Boies
Rosanne C. Baxter
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY  10504
dboies@bsfllp.com
rbaxter@bsfllp.com

Parker H. Bagley
Boies, Schiller & Flexner LLP
1999 Harrison Street
Oakland, CA  94612
pbagley@bsfllp.com

<table>
<tr><td>

OF COUNSEL:

David C. Marcus
WILMER CUTLER PICKERING HALE
   AND DORR LLP
350 South Grand Avenue
Los Angeles, California 90071
Tel: (213) 443-5300

William F. Lee
Lauren B. Fletcher
Jordan L. Hirsch
Kevin A. Goldman
Claire M. Specht
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000

Todd Zubler
WILMER CUTLER PICKERING HALE
   AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000

Jason Kipnis
WILMER CUTLER PICKERING HALE
   AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel: (650) 858-6000

Dated: April 22, 2016
1222082 / 42223

</td><td>

POTTER ANDERSON & CORROON LLP

By:   */s/ Bindu A. Palapura*
   David E. Moore (#3983)
   Bindu A. Palapura (#5370)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, DE 19801
   Tel: (302) 984-6000
   dmoore@potteranderson.com
   bpalapura@potteranderson.com

*Attorneys for Defendant and Counterclaimant Intel Corporation*

</td></tr>
</table>