# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AVM TECHNOLOGIES, LLC, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) C.A. No. 15-33-RGA |
| INTEL CORPORATION, | ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on April 25, 2016, a copy of *AVM Technologies, LLC's Proposed Claim Constructions* was served via electronic mail upon the following counsel of record:

Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

Jason Kipnis
WILMERHALE
950 Page Mill Road
Palo Alto, CA  94304
jason.kipnis@wilmerhale.com

*Counsel for Defendant Intel Corporation*

William F. Lee
Jordan L. Hirsch
Lauren B. Fletcher
Kevin A. Goldman
Claire M. Specht
WILMERHALE
60 State Street
Boston, MA  02109
william.lee@wilmerhale.com
jordan.hirsch@wilmerhale.com
lauren.fletcher@wilmerhale.com
kevin.goldman@wilmerhale.com
claire.specht@wilmerhale.com

*Counsel for Defendant Intel Corporation*

| | |
|---|---|
| David C. Marcus<br>Nancy Lynn Schroeder<br>WILMERHALE<br>350 South Grand Avenue<br>Suite 2100<br>Los Angeles, CA  90071<br>david.marcus@wilmerhale.com<br>nancy.schroeder@wilmerhale.com<br><br>*Counsel for Defendant Intel Corporation* | Todd Zubler<br>WILMERHALE<br>1875 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20006<br>todd.zubler@wilmerhale.com<br><br>*Counsel for Defendant Intel Corporation* |


|  |  |
|---|---|
| *Of Counsel*: | ROSS ARONSTAM & MORITZ LLP |
|  | */s/ Benjamin J. Schladweiler* |
| David Boies | Benjamin J. Schladweiler (#4601) |
| Rosanne C. Baxter | 100 S. West Street, Suite 400 |
| BOIES, SCHILLER & FLEXNER LLP | Wilmington, DE  19801 |
| 333 Main Street | (302) 576-1600 |
| Armonk, NY  10504 | bschladweiler@ramllp.com |
| dboies@bsfllp.com |  |
| rbaxter@bsfllp.com | *Counsel for Plaintiff AVM Technologies, LLC* |

D. Michael Underhill
Eric J. Maurer
Patrick M. Lafferty
Jon R. Knight
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015
munderhill@bsfllp.com
emaurer@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com

Parker H. Bagley
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 800
Oakland, CA  94612
pbagley@bsfllp.com

Edward H. Takashima
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA  90401
etakashima@bsfllp.com

Dated:  April 26, 2016