**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVM TECHNOLOGIES, LLC,            )<br>                                                          )<br>            Plaintiff,                         )<br>                                                          )   C.A. No.  15-33-RGA<br>       v.                                              )<br>                                                          )   **JURY TRIAL DEMANDED**<br> INTEL CORPORATION,                )<br>                                                          )<br>            Defendant.                      ) | |

**STIPULATION AND [PROPOSED] ORDER TO
ENTER ADDENDUM TO PROTECTIVE ORDER**

Intel Corporation ("Intel") and AVM Technologies, LLC ("AVM") respectfully move the Court to supplement the existing Protective Order (D.I. 129) to provide certain further protections requested by non-party Apple, Inc. ("Apple").  As part of discovery in this matter, AVM has requested information in Intel's possession that is regarded as highly confidential by Apple, and for which Apple is requesting additional protections not provided in the existing Protective Order.  In order to obtain Apple's consent to the production of such materials, which for clarity will bear the additional designation of "APPLE-HIGHLY CONFIDENTIAL" before being produced in this matter, Apple asks that two additional protections be afforded to it in an addendum:

(1) that Apple be given advance written notice by the disclosing party prior to the disclosure of any material designated APPLE-HIGHLY CONFIDENTIAL to any expert in the litigation (except that Apple does not object to the disclosure of any designated material to the following experts that AVM has already disclosed to Intel pursuant to the Protective Order: Stephen Becker, John Hatch, Bradley Martin, Jeet Asher, Eric Baker, Mark Chandler, Marwan Hassoun, David Ward, and Andrew Wolfe), and an opportunity to object and seek a protective

order preventing such disclosure within five (5) business days (if Apple fails to object and seek a protective order from this Court within five (5) business days of receiving notice by the disclosing party, the disclosing party may disclose the APPLE-HIGHLY CONFIDENTIAL materials to the identified experts); and

(2) that Apple will be provided reasonable advance written notice by the disclosing party prior to the disclosure of any APPLE-HIGHLY CONFIDENTIAL material during any hearing or at trial.

Apple believes that the Protective Order entered earlier in this case does not contain provisions that address the issues described above, and therefore requests that the Protective Order be supplemented to include them.

Intel and AVM do not oppose Apple's request and, therefore, stipulate to an order entering the Addendum to the Protective Order as set forth in Exhibit A.

| | |
|---|---|
| */s/ Benjamin J. Schladweiler* | */s/ David E. Moore* |
| Benjamin J. Schladweiler (#4601) | David E. Moore (#3983) |
| ROSS ARONSTAM & MORITZ LLP | Bindu A. Palapura (#5370) |
| 100 S. West Street, Suite 400 | POTTER ANDERSON & CORROON LLP |
| Wilmington, DE 19801 | Hercules Plaza, 6th Floor |
| bschladweiler@ramllp.com | 1313 N. Market Street |
| | Wilmington, DE 19801 |
| OF COUNSEL: | Tel: (302) 984-6000 |
| | dmoore@potteranderson.com |
| D. Michael Underhill | bpalapura@potteranderson.com |
| Eric J. Maurer | |
| Patrick M. Lafferty | |
| Jon R. Knight | OF COUNSEL: |
| BOIES, SCHILLER & FLEXNER LLP | |
| 5301 Wisconsin Avenue, NW | David C. Marcus |
| Washington, DC 20015 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 350 South Grand Avenue |
| David Boies | Los Angeles, CA 90071 |
| Rosanne C. Baxter | Tel: (213) 443-5300 |
| BOIES, SCHILLER & FLEXNER LLP | |
| 333 Main Street | |
| Armonk, NY 10504 | |

| | |
|---|---|
| Parker H. Bagley<br>BOIES, SCHILLER & FLEXNER LLP<br>1999 Harrison Street<br>Oakland, CA 94612 | William F. Lee<br>Lauren B. Fletcher<br>Jordan L. Hirsch<br>Kevin A. Goldman<br>Michaela P. Sewall |
| Edward H. Takashima<br>BOIES, SCHILLER & FLEXNER LLP<br>401 Wilshire Boulevard, Suite 850<br>Santa Monica, CA 90401 | Claire M. Specht<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Tel: (617) 526-6000 |
| *Attorneys for Plaintiff*<br>*AVM Technologies, LLC* | Todd Zubler<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Tel: (202) 663-6000 |
| | Jason Kipnis<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>Tel: (650) 858-6000 |
| | *Attorneys for Defendant*<br>*Intel Corporation* |

IT IS SO ORDERED, this _____ day of _____, 2016.

_____
HON. RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No.  15-33-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**ADDENDUM TO THE PROTECTIVE ORDER**

**R.   Disclosure of APPLE-HIGHLY CONFIDENTIAL Materials**

69.   For any materials designated "APPLE-HIGHLY CONFIDENTIAL," the following additional provisions apply:

(1) Apple will be given advance written notice by the disclosing party prior to the disclosure of any material designated APPLE-HIGHLY CONFIDENTIAL to any expert in the litigation (except that Apple does not object to the disclosure of any designated material to the following experts that have already been disclosed to Intel pursuant to the Protective Order: Stephen Becker, John Hatch, Bradley Martin, Jeet Asher, Eric Baker, Mark Chandler, Marwan Hassoun, David Ward, and Andrew Wolfe), and an opportunity to object and seek a protective order preventing such disclosure within five (5) business days (if Apple fails to object and seek a protective order from this Court within five (5) business days of receiving notice by the disclosing party, the disclosing party may disclose the APPLE-HIGHLY CONFIDENTIAL materials to the identified experts); and

(2) Apple will be provided reasonable advance written notice by the disclosing party prior to the disclosure of any APPLE-HIGHLY CONFIDENTIAL material during any hearing or trial.