# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, <br> a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> INTEL CORPORATION, <br> a Delaware Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 15-33-RGA <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) |

### AVM TECHNOLOGIES, LLC'S NOTICE OF DEPOSITION OF
### <u>GEORGE SHCHUPAK</u>

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30 and this Court's Scheduling Order (D.I. 33), Plaintiff AVM Technologies, LLC ("AVM") will take the oral deposition of George Shchupak. The deposition will commence at 9:00 a.m. local time on May 17, 2016 at WilmerHale's D.C. office at 1875 Pennsylvania Avenue, N.W., Washington, D.C. 20006, or at another mutually agreeable time and place. The examination will continue from day to day, excluding weekends and holidays, until completed.

Please take further notice that the deposition will take place before a court reporter appointed or designated under Fed. R. Civ. P. 28 and that the deposition will also be recorded by videotape pursuant to Fed. R. Civ. P. 30(b)(3) and the protective order applicable to this case.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ROSS ARONSTAM & MORITZ LLP |
| *Of Counsel*: | */s/ Benjamin J. Schladweiler* |
|  | Benjamin J. Schladweiler (#4601) |
| David Boies | Nicholas D. Mozal (#5838) |
| Rosanne C. Baxter | 100 S. West Street, Suite 400 |
| BOIES, SCHILLER & FLEXNER LLP | Wilmington, DE  19801 |
| 333 Main Street | (302) 576-1600 |
| Armonk, NY  10504 | bschladweiler@ramllp.com |
| dboies@bsfllp.com | nmozal@ramllp.com |
| rbaxter@bsfllp.com |  |
|  | *Counsel for Plaintiff AVM Technologies, LLC* |

D. Michael Underhill
Eric J. Maurer
Patrick M. Lafferty
Jon R. Knight
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015
munderhill@bsfllp.com
emaurer@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com

Parker H. Bagley
BOIES, SCHILLER & FLEXNER LLP
435 Tasso Street, Suite 205
Palo Alto, CA  94301
pbagley@bsfllp.com

Edward H. Takashima
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA  90401
etakashima@bsfllp.com

Dated:  May 2, 2016

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Schladweiler, hereby certify that on May 2, 2016, a true copy of the foregoing *AVM Technologies, LLC's Notice of Deposition of George Shchupak* was served via electronic mail upon the following counsel of record:

Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

David C. Marcus
Nancy Lynn Schroeder
WILMERHALE
350 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
david.marcus@wilmerhale.com
nancy.schroeder@wilmerhale.com

*Counsel for Defendant Intel Corporation*

William F. Lee
Jordan L. Hirsch
Lauren B. Fletcher
Kevin A. Goldman
Claire M. Specht
WILMERHALE
60 State Street
Boston, MA 02109
william.lee@wilmerhale.com
jordan.hirsch@wilmerhale.com
lauren.fletcher@wilmerhale.com
kevin.goldman@wilmerhale.com
claire.specht@wilmerhale.com

Jason Kipnis
WILMERHALE
950 Page Mill Road
Palo Alto, CA 94304
jason.kipnis@wilmerhale.com

Todd Zubler
William G. McElwain
WILMERHALE
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
todd.zubler@wilmerhale.com
william.mcelwain@wilmerhale.com

*Counsel for Defendant Intel Corporation*

 */s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)