**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AVM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.  15-33-RGA |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following

document was caused to be served on May 24, 2016, upon the following attorneys of record as

indicated below:

**DEFENDANT INTEL CORPORATION'S SIXTH SUPPLEMENTAL
OBJECTIONS AND RESPONSES TO AVM TECHNOLOGIES, LLC'S
FIRST SET OF INTERROGATORIES (NOS. 1-31) (CONTAINS
CONFIDENTIAL BUSINESS INFORMATION – OUTSIDE COUNSEL'S
EYES ONLY PURSUANT TO PROTECTIVE ORDER**)

## VIA ELECTRONIC MAIL

Benjamin J. Schladweiler
Nicholas D. Mozal
Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE  19801
bschladweiler@ramllp.com
nmozal@ramllp.com

David Boies
Rosanne C. Baxter
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY  10504
dboies@bsfllp.com
rbaxter@bsfllp.com

Edward H. Takashima
Boies, Schiller & Flexner LLP
401 Wilshire Boulevard
Santa Monica, CA  90401
etakashima@bsfllp.com

Parker H. Bagley
Boies, Schiller & Flexner LLP
1999 Harrison Street
Oakland, CA  94612
pbagley@bsfllp.com

D. Michael Underhill
Patrick M. Lafferty
Jon R. Knight
Eric J. Maurer
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, NW
Washington, DC  20015
munderhill@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com
emaurer@bsfllp.com

OF COUNSEL:                                                    POTTER ANDERSON & CORROON LLP

David C. Marcus
WILMER CUTLER PICKERING HALE          By:  /s/ Bindu A. Palapura
    AND DORR LLP                                                David E. Moore (#3983)
350 South Grand Avenue                                   Bindu A. Palapura (#5370)
Los Angeles, California 90071                          Hercules Plaza, 6th Floor
Tel: (213) 443-5300                                          1313 N. Market Street
                                                                         Wilmington, DE  19801
William F. Lee                                                  Tel:  (302) 984-6000
Lauren B. Fletcher                                           dmoore@potteranderson.com
Jordan L. Hirsch                                              bpalapura@potteranderson.com
Kevin A. Goldman
Claire M. Specht                                             *Attorneys for Defendant and Counterclaimant*
WILMER CUTLER PICKERING HALE          *Intel Corporation*
    AND DORR LLP
60 State Street
Boston, Massachusetts 02109                        OF COUNSEL:
Tel: (617) 526-6000
                                                                        Jason Kipnis
Todd Zubler                                                    WILMER CUTLER PICKERING HALE
WILMER CUTLER PICKERING HALE              AND DORR LLP
    AND DORR LLP                                            950 Page Mill Road
1875 Pennsylvania Avenue, NW                    Palo Alto, California 94304
Washington, DC 20006                                  Tel: (650) 858-6000
Tel: (202) 663-6000

Dated:  May 24, 2016
1224743 / 42223