# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 15-33-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## INTEL CORPORATION'S FIRST AMENDED NOTICE OF DEPOSITION OF DZUNG JOSEPH TRAN

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30, Defendant Intel Corporation ("Intel"), by its attorneys, Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), will take the deposition upon oral examination of Dzung Joseph Tran, beginning at 9:00 a.m. local time on June 9, 2016, at the offices of WilmerHale, 1875 Pennsylvania Avenue, N.W., Washington, D.C. 20006. The examination will continue from day to day, excluding weekends and holidays, until completed.

Please take further notice that the deposition will be taken before an officer authorized by law to administer oaths under Federal Rule of Civil Procedure 28. Pursuant to Federal Rule of Civil Procedure 30(b)(3), the deposition shall be recorded stenographically and may be videotaped and/or audiotaped. Counsel for all parties of record are invited to attend and cross-examine.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| David C. Marcus<br>WILMER CUTLER PICKERING HALE<br>   AND DORR LLP<br>350 South Grand Avenue<br>Los Angeles, California 90071<br>Tel: (213) 443-5300 | By:  */s/ David E. Moore*<br>   David E. Moore (#3983)<br>   Bindu A. Palapura (#5370)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   Wilmington, DE  19801 |
| William F. Lee<br>Lauren B. Fletcher<br>Jordan L. Hirsch<br>Kevin A. Goldman<br>Claire M. Specht<br>WILMER CUTLER PICKERING HALE<br>   AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Tel: (617) 526-6000 |    Tel:  (302) 984-6000<br>   dmoore@potteranderson.com<br>   bpalapura@potteranderson.com<br><br>*Attorneys for Defendant and Counterclaimant Intel Corporation* |

Todd Zubler
WILMER CUTLER PICKERING HALE
   AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000

Jason Kipnis
WILMER CUTLER PICKERING HALE
   AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel: (650) 858-6000

Dated:  June 7, 2016
1225742 / 42223