## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.  15-33-RGA |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

pro hac vice of Sarah R. Frazier of WILMERHALE, 60 State Street, Boston, MA 02109,

Matthew Leary of WILMERHALE, 1225 Seventeenth St., Suite 2600, Denver, CO 80202 and

Brittany Amadi of WILMERHALE, 1875 Pennsylvania Avenue NW, Washington, DC 20006 to

represent Defendant and Counterclaimant Intel Corporation in this matter.

POTTER ANDERSON & CORROON LLP

By:  */s/ David E. Moore*
　　　David E. Moore (#3983)
　　　Bindu A. Palapura (#5370)
　　　Hercules Plaza, 6th Floor
　　　1313 N. Market Street
　　　Wilmington, DE  19801
　　　Tel:  (302) 984-6000
　　　dmoore@potteranderson.com
　　　bpalapura@potteranderson.com

Dated:  June 7, 2016
1185937/42223

*Attorneys for Defendant and Counterclaimant*
*Intel Corporation*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
　　　　　　　　　　　　　　　　　United States District Judge

**<u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐  has been paid to the Clerk of the Court

☒  will be submitted to the Clerk's Office upon filing of this motion.

Date:   June 7, 2016

*/s/ Sarah R. Frazier*
Sarah R. Frazier
WILMERHALE
60 State Street
Boston, MA 02109
Tel:  (617) 526-6000
sarah.frazier@wilmerhale.com

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Colorado and the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐          has been paid to the Clerk of the Court

☒          will be submitted to the Clerk's Office upon filing of this motion.


Date:   June 7, 2016

*/s/ Matthew Leary*
Matthew Leary
WILMERHALE
1225 Seventeenth St.
Suite 2600
Denver, CO 80202
Tel: (720) 274-3153
matthew.leary@wilmerhale.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐          has been paid to the Clerk of the Court

☒          will be submitted to the Clerk's Office upon filing of this motion.


Date:   June 7, 2016

/s/ Brittany Amadi
Brittany Amadi
WILMERHALE
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6022
brittany.amadi@wilmerhale.com