# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AVM TECHNOLOGIES, LLC, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) C.A. No. 15-33-RGA |
| INTEL CORPORATION, | ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on June 28, 2016, a copy of *AVM Technologies, LLC's First Supplemental Responses and Objections to Intel Corporation's First Set of Requests for Admission (Nos. 1-11)* was served via electronic mail upon the following counsel of record:

Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

Jason Kipnis
WILMERHALE
950 Page Mill Road
Palo Alto, CA  94304
jason.kipnis@wilmerhale.com

*Counsel for Defendant Intel Corporation*

William F. Lee
Jordan L. Hirsch
Lauren B. Fletcher
Kevin A. Goldman
Claire M. Specht
Sarah R. Frazier
WILMERHALE
60 State Street
Boston, MA  02109
william.lee@wilmerhale.com
jordan.hirsch@wilmerhale.com
lauren.fletcher@wilmerhale.com
kevin.goldman@wilmerhale.com
claire.specht@wilmerhale.com
sarah.frazier@wilmerhale.com

*Counsel for Defendant Intel Corporation*

David C. Marcus
Nancy Lynn Schroeder
WILMERHALE
350 South Grand Avenue
Suite 2100
Los Angeles, CA  90071
david.marcus@wilmerhale.com
nancy.schroeder@wilmerhale.com

Matthew Leary
WILMERHALE
1225 Seventeenth Street
Suite 2600
Denver, CO  80202
matthew.leary@wilmerhale.com

Todd Zubler
WILMERHALE
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
todd.zubler@wilmerhale.com

*Counsel for Defendant Intel Corporation*

| | ROSS ARONSTAM & MORITZ LLP |
|---|---|
| *Of Counsel*: | */s/ Benjamin J. Schladweiler* |
| | Benjamin J. Schladweiler (#4601) |
| David Boies | Nicholas D. Mozal (#5838) |
| Rosanne C. Baxter | 100 S. West Street, Suite 400 |
| BOIES, SCHILLER & FLEXNER LLP | Wilmington, DE  19801 |
| 333 Main Street | (302) 576-1600 |
| Armonk, NY  10504 | bschladweiler@ramllp.com |
| dboies@bsfllp.com | nmozal@ramllp.com |
| rbaxter@bsfllp.com | |
| | *Counsel for Plaintiff AVM Technologies, LLC* |
| D. Michael Underhill | |
| Eric J. Maurer | |
| Patrick M. Lafferty | |
| Jon R. Knight | |
| BOIES, SCHILLER & FLEXNER LLP | |
| 5301 Wisconsin Avenue, N.W. | |
| Washington, D.C.  20015 | |
| munderhill@bsfllp.com | |
| emaurer@bsfllp.com | |
| plafferty@bsfllp.com | |
| jknight@bsfllp.com | |
| | |
| Parker H. Bagley | |
| BOIES, SCHILLER & FLEXNER LLP | |
| 1999 Harrison Street, Suite 800 | |
| Oakland, CA  94612 | |
| pbagley@bsfllp.com | |
| | |
| Edward H. Takashima | |
| BOIES, SCHILLER & FLEXNER LLP | |
| 401 Wilshire Boulevard, Suite 850 | |
| Santa Monica, CA  90401 | |
| etakashima@bsfllp.com | |

Dated:  June 28, 2016