**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AVM TECHNOLOGIES, LLC, a Delaware Limited Liability Company, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-33-RGA |
| | ) | |
| INTEL CORPORATION, a Delaware Corporation, | ) ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) ) | |

**AVM TECHNOLOGIES, LLC'S NOTICE OF DEPOSITION OF
ARUN KRISHNAMOORTHY**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30 and this Court's Scheduling

Order (D.I. 33), Plaintiff AVM Technologies, LLC ("AVM") will take the oral deposition of

**ARUN KRISHNAMOORTHY**.  The deposition will commence at 9:00 a.m. local time on July

27, 2016 at Intel JFCC-118 / 2111 NE 25th Avenue, Hillsboro, Oregon 97124, or at another

mutually agreeable time and place.  The examination will continue from day to day, excluding

weekends and holidays, until completed.

Please take further notice that the deposition will take place before a court reporter

appointed or designated under Fed. R. Civ. P. 28 and that the deposition will also be recorded by

videotape pursuant to Fed. R. Civ. P. 30(b)(3) and the protective order applicable to this case.

Respectfully submitted,

ROSS ARONSTAM & MORITZ LLP

*Of Counsel*:

*/s/ Benjamin J. Schladweiler*

David Boies
Rosanne C. Baxter
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY  10504
dboies@bsfllp.com
rbaxter@bsfllp.com

Benjamin J. Schladweiler (#4601)
Nicholas D. Mozal
100 S. West Street, Suite 400
Wilmington, DE  19801
(302) 576-1600
bschladweiler@ramllp.com
nmozal@ramllp.com

*Counsel for Plaintiff AVM Technologies, LLC*

D. Michael Underhill
Eric J. Maurer
Patrick M. Lafferty
Jon R. Knight
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015
munderhill@bsfllp.com
emaurer@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com

Parker H. Bagley
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 800
Oakland, CA  94612
pbagley@bsfllp.com

Edward H. Takashima
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA  90401
etakashima@bsfllp.com

Dated:  July 21, 2016

## CERTIFICATE OF SERVICE

I, Benjamin J. Schladweiler, hereby certify that on July 21, 2016, a true copy of the

foregoing *AVM Technologies, LLC's Notice of Deposition of Arun Krishnamoorthy* was

served via electronic mail upon the following counsel of record:

Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

David C. Marcus
Nancy Lynn Schroeder
WILMERHALE
350 South Grand Avenue
Suite 2100
Los Angeles, CA  90071
david.marcus@wilmerhale.com
nancy.schroeder@wilmerhale.com

Matthew Leary
WILMERHALE
1225 Seventeenth Street
Suite 2600
Denver, CO  80202
matthew.leary@wilmerhale.com

*Counsel for Defendant Intel Corporation*

William F. Lee
Jordan L. Hirsch
Lauren B. Fletcher
Kevin A. Goldman
Claire M. Specht
Sarah R. Frazier
WILMERHALE
60 State Street
Boston, MA  02109
william.lee@wilmerhale.com
jordan.hirsch@wilmerhale.com
lauren.fletcher@wilmerhale.com
kevin.goldman@wilmerhale.com
claire.specht@wilmerhale.com
sarah.frazier@wilmerhale.com

Jason Kipnis
WILMERHALE
950 Page Mill Road
Palo Alto, CA  94304
jason.kipnis@wilmerhale.com

Todd Zubler
William G. McElwain
Brittany Amadi
WILMERHALE
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
todd.zubler@wilmerhale.com
william.mcelwain@wilmerhale.com
brittany.amadi@wilmerhale.com

*Counsel for Defendant Intel Corporation*

 */s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)