IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 15-33-RGA |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| INTEL CORPORATION, | ) **PUBLIC VERSION** |
| | ) |
| Defendant. | ) |

### LETTER TO THE HONORABLE MARY PAT THYNGE
### FROM DAVID E. MOORE, ESQUIRE

cc: Clerk of Court (via Hand Delivery)
    Counsel of Record (via Electronic Mail)

David E. Moore (#3983)
Bindu A. Palapura (#5370)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant Intel Corporation*

Dated: July 14, 2016
Public Version Dated: July 26, 2016
1228992/42223


**Potter Anderson Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**David E. Moore**
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Firm Fax

July 14, 2016; Public Version Dated: July 26, 2016

<u>**VIA ELECTRONIC FILING**</u>

The Honorable Mary Pat Thynge
U.S. District Court for the District of Delaware                    **PUBLIC VERSION**
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    *AVM Technologies, LLC v. Intel Corporation*, C.A. No. 15-33-RGA

Dear Chief Magistrate Judge Thynge:

      On January 28, 2016, following briefing from both parties, the Court held a telephonic hearing regarding the dispute between defendant Intel Corporation ("Intel") and plaintiff AVM Technologies, LLC ("AVM") regarding AVM's assertion of privilege over information and documents related to its ownership, funding and the funding of the present litigation. After agreeing that the information and documents Intel is seeking are relevant, the Court ruled on some issues during that hearing and took others under advisement. Following the hearing, AVM submitted an *ex parte* brief and documents to the Court for *in camera* review. AVM also requested a stay of the Court's order requiring it to produce a privilege log to Intel by February 11, 2016. The Court granted that request (D.I. 173), which AVM has interpreted as a stay of all Orders issued by the Court during the January 28, 2016 hearing.

      On June 9 and 10, 2016, Intel deposed AVM's 30(b)(6) representative Mr. Dzung Joseph Tran. Last week, Intel submitted a letter to the Court regarding facts revealed during Mr. Tran's deposition that are relevant to the motion pending before the Court. D.I. 306. AVM filed a response that informed Intel (for the first time) that AVM filed a privilege log with the Court (that Intel has not received) and stating facts that are new to Intel— [REDACTED]

*See* D.I. 307 at 4.

      Due to the complexity of this issue and the recent developments, Intel respectfully requests supplemental oral argument on this issue, either in person or via the telephone, at the Court's convenience.

                                    Respectfully,

                                    /s/ *David E. Moore*

                                    David E. Moore

The Honorable Mary Pat Thynge
July 14, 2016; Public Version Dated: July 26, 2016
Page 2

DEM:nmt

cc: Clerk of Court (via hand delivery)
    Counsel of Record (via electronic mail)