# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 15-33-RGA ) ) **JURY TRIAL DEMANDED** |
| INTEL CORPORATION, | ) ) |
| Defendant. | ) ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on August 1, 2016, upon the following attorneys of record as indicated below:

**DEFENDANT INTEL CORPORATION'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO AVM TECHNOLOGIES, LLC'S FIFTH SET OF INTERROGATORIES (NOS. 40-42) (CONTAINS CONFIDENTIAL BUSINESS INFORMATION – OUTSIDE COUNSEL'S EYES ONLY PURSUANT TO PROTECTIVE ORDER)**

## VIA ELECTRONIC MAIL

Benjamin J. Schladweiler
Nicholas D. Mozal
Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
bschladweiler@ramllp.com
nmozal@ramllp.com

David Boies
Rosanne C. Baxter
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
dboies@bsfllp.com
rbaxter@bsfllp.com

Edward H. Takashima
Boies, Schiller & Flexner LLP
401 Wilshire Boulevard
Santa Monica, CA 90401
etakashima@bsfllp.com

Parker H. Bagley
Boies, Schiller & Flexner LLP
1999 Harrison Street
Oakland, CA 94612
pbagley@bsfllp.com

D. Michael Underhill
Patrick M. Lafferty
Jon R. Knight
Eric J. Maurer
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, NW
Washington, DC  20015
munderhill@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com
emaurer@bsfllp.com


| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| David C. Marcus<br>WILMER CUTLER PICKERING HALE<br>    AND DORR LLP<br>350 South Grand Avenue<br>Los Angeles, California 90071<br>Tel: (213) 443-5300 | By:  */s/ Bindu A. Palapura*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com |
| William F. Lee<br>Lauren B. Fletcher<br>Jordan L. Hirsch<br>Kevin A. Goldman<br>Claire M. Specht<br>WILMER CUTLER PICKERING HALE<br>    AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Tel: (617) 526-6000 | *Attorneys for Defendant and Counterclaimant Intel Corporation*<br><br>OF COUNSEL: |
| Todd Zubler<br>WILMER CUTLER PICKERING HALE<br>    AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Tel: (202) 663-6000 | Jason Kipnis<br>WILMER CUTLER PICKERING HALE<br>    AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Tel: (650) 858-6000 |

Dated:  August 1, 2016
1230306 /  42223

2