# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AVM TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 15-33-RGA-MPT |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF AVM TECHNOLOGIES, LLC'S MOTION TO EXCLUDE THE TESTIMONY OF WILLY SHIH AND ROBERT COLWELL REGARDING THE SUBJECTS IN THEIR NOVEMBER 14 REPORTS (JOINT APPENDIX EXS. 6 AND 32)**

Plaintiff AVM Technologies, LLC ("AVM"), by and through counsel, hereby moves pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 and Federal Rule of Evidence 702 to exclude the testimony of Willy Shih concerning (1) "comparable" patent agreements to the hypothetical license for the patent-in-suit, (2) patent stacking, and (3) certain other isolated testimony that is not based on reliable factual evidence, and the testimony of Robert Colwell concerning technologies "related" to the patents covered by the alleged "comparable" patent agreements. The grounds for this motion are fully set forth in the Opening Brief in Support, filed concurrently herewith.

|  |  |
|---|---|
| | Respectfully submitted, |
| | ROSS ARONSTAM & MORITZ LLP |
| *Of Counsel*: | */s/ Benjamin J. Schladweiler* |
| | Benjamin J. Schladweiler (#4601) |
| David Boies | Nicholas D. Mozal (#5838) |
| Rosanne C. Baxter | 100 S. West Street, Suite 400 |
| BOIES, SCHILLER & FLEXNER LLP | Wilmington, DE  19801 |
| 333 Main Street | (302) 576-1600 |
| Armonk, NY  10504 | bschladweiler@ramllp.com |
| dboies@bsfllp.com | nmozal@ramllp.com |
| rbaxter@bsfllp.com | |
| | *Counsel for Plaintiff AVM Technologies, LLC* |

Of Counsel:

David Boies
Rosanne C. Baxter
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY  10504
dboies@bsfllp.com
rbaxter@bsfllp.com

D. Michael Underhill
Eric J. Maurer
Patrick M. Lafferty
BOIES, SCHILLER & FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
munderhill@bsfllp.com
emaurer@bsfllp.com
plafferty@bsfllp.com

Edward H. Takashima
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA  90401
etakashima@bsfllp.com

Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4276
jsheasby@irell.com

Dated:  January 27, 2017

## **RULE 7.1.1 CERTIFICATION**

I, Benjamin J. Schladweiler, hereby certify that the subject of the foregoing motion has been discussed with counsel for the Intel and the parties have been unable to reach agreement on the matters set forth herein.

                                         */s/ Benjamin J. Schladweiler*
                                         Benjamin J. Schladweiler (#4601)

## CERTIFICATE OF SERVICE

I, Benjamin J. Schladweiler, hereby certify that on January 27, 2017, a true copy of the foregoing *Plaintiff AVM Technologies, LLC's Motion To Exclude the Testimony of Willy Shih and Robert Colwell Regarding the Subjects in their November 14 Reports (Joint Appendix Exs. 6 And 32)* was served via electronic mail upon the following counsel of record:

Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

David C. Marcus
WILMERHALE
350 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
david.marcus@wilmerhale.com

Matthew Leary
WILMERHALE
1225 Seventeenth Street
Suite 2600
Denver, CO 80202
matthew.leary@wilmerhale.com

Jason Kipnis
WILMERHALE
950 Page Mill Road
Palo Alto, CA 94304
jason.kipnis@wilmerhale.com

*Counsel for Defendant Intel Corporation*

William F. Lee
Jordan L. Hirsch
Lauren B. Fletcher
Kevin A. Goldman
Claire M. Specht
Sarah R. Frazier
Michaela P. Sewall
WILMERHALE
60 State Street
Boston, MA 02109
william.lee@wilmerhale.com
jordan.hirsch@wilmerhale.com
lauren.fletcher@wilmerhale.com
kevin.goldman@wilmerhale.com
claire.specht@wilmerhale.com
sarah.frazier@wilmerhale.com
michaela.sewall@wilmerhale.com

Todd Zubler
William G. McElwain
Brittany Amadi
WILMERHALE
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
todd.zubler@wilmerhale.com
william.mcelwain@wilmerhale.com
brittany.amadi@wilmerhale.com

David J. Burman
Jonathan L. McFarland
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
dburman@perkinscoie.com
jmcfarland@perkinscoie.com

*Counsel for Defendant Intel Corporation*

 */s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)