**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVM TECHNOLOGIES, LLC,            )<br>                                                           )<br>            Plaintiff,                         )<br>                                                           )<br>      v.                                             )<br>                                                           )<br>INTEL CORPORATION,                   )<br>                                                           )<br>            Defendant.                       ) | C.A. No.  15-33-RGA<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT INTEL CORPORATION'S MOTION TO EXCLUDE
THE TESTIMONY OF JOHN A. HATCH**

Defendant Intel Corporation ("Intel") hereby moves to exclude the testimony of Plaintiff AVM Technology, LLC's ("AVM") expert John A. Hatch in this matter.  Attached hereto is a proposed order granting Intel's motion to exclude Dr. Hatch's testimony.  The grounds for Intel's motion are set forth in its brief in support filed concurrently herewith.

Intel confirms that a reasonable effort has been made to reach agreement with AVM on the matters set forth in this motion.  Pursuant to D. Del. LR 7.1.1, counsel for Intel met and conferred with counsel for AVM on January 25, 2017.

|  |  |
|---|---|
| | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| David C. Marcus<br>WILMER CUTLER PICKERING HALE<br>　　AND DORR LLP<br>350 South Grand Avenue<br>Los Angeles, CA 90071<br>Tel: (213) 443-5300 | By:  */s/ David E. Moore*<br>　　　David E. Moore (#3983)<br>　　　Bindu A. Palapura (#5370)<br>　　　Hercules Plaza, 6th Floor<br>　　　1313 N. Market Street<br>　　　Wilmington, DE  19801<br>　　　Tel:  (302) 984-6000<br>　　　dmoore@potteranderson.com<br>　　　bpalapura@potteranderson.com |
| William F. Lee<br>Lauren B. Fletcher<br>Jordan L. Hirsch<br>WILMER CUTLER PICKERING HALE<br>　　AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000 | *Attorneys for Defendant and Counterclaimant Intel Corporation* |
| Todd Zubler<br>WILMER CUTLER PICKERING HALE<br>　　AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Tel: (202) 663-6000 | |

Dated:  January 27, 2017
1243091 / 42223