# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, | ) |
| | ) C.A. No. 15-33-RGA |
| Plaintiff, | ) |
| | ) **JURY TRIAL DEMANDED** |
| v. | ) |
| | ) |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT INTEL CORPORATION'S MOTION TO EXCLUDE CERTAIN TESTIMONY OF MARWAN HASSOUN

Defendant Intel Corporation ("Intel") hereby moves to exclude certain testimony of Plaintiff AVM Technology, LLC's ("AVM") expert Marwan Hassoun in this matter. Attached hereto is a proposed order granting Intel's motion to exclude certain testimony of Dr. Hassoun. The grounds for Intel's motion are set forth in its brief in support filed concurrently herewith.

Intel confirms that a reasonable effort has been made to reach agreement with AVM on the matters set forth in this motion. Pursuant to D. Del. LR 7.1.1, counsel for Intel met and conferred with counsel for AVM on January 25, 2017.

|  |  |
|---|---|
| | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| David C. Marcus<br>WILMER CUTLER PICKERING HALE<br>   AND DORR LLP<br>350 South Grand Avenue<br>Los Angeles, CA 90071<br>Tel: (213) 443-5300 | By:   /s/ David E. Moore<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com |
| William F. Lee<br>Lauren B. Fletcher<br>Jordan L. Hirsch<br>WILMER CUTLER PICKERING HALE<br>   AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000 |     bpalapura@potteranderson.com<br><br>*Attorneys for Defendant and Counterclaimant Intel Corporation* |

Todd Zubler
WILMER CUTLER PICKERING HALE
   AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000

Dated: January 27, 2017
1243092 / 42223