# Exhibit 26A

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 27

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# Exhibit 27A

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT 28

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT 29

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

Case 1:15-cv-00033-RGA   Document 460-1   Filed 02/10/17   Page 10 of 20 PageID #: 23861

# EXHIBIT 30

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 31

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 32

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# Exhibit 32A

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT 33

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY