IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVM TECHNOLOGIES, LLC,<br><br>                      Plaintiff;<br>v.<br><br>INTEL CORPORATION,<br><br>                      Defendant. | Civil Action No. 15-33-RGA |

## MEMORANDUM ORDER

I have considered AVM's Motion for Reconsideration of the Court's Order on AVM's Motion in Limine No. 2 Precluding References to "Class Test Data." (D.I. 645). I have a response from Intel. (D.I. 656).

AVM says it is seeking limited reconsideration, to wit, "if Intel opens the door by criticizing . . . AVM's experts concerning the quality of the data on which AVM relies, AVM should be able [to disclose the existence of the Class Test Database, and that it was not produced after request.]" (D.I. 645 at 3). Intel responds that it "has never criticized Dr. Hassoun for failing to consider the Class Test Data, nor will it do so at trial." (D.I. 656 at 2).

I am not positive this issue even matters now, but on the assumption that it does, there is nothing for me to decide at this point. If Intel "opens the door" at trial such that AVM thinks the existence of the Class Test Database has become relevant, it is free to bring up the issue outside the presence of the jury, but I have difficulty thinking that AVM's proposal is not the relitigation of the discovery dispute, which I have already stated is not going to occur.

Entered this 30 day of April, 2017.

*/s/ Richard G. Andrews*
United States District Judge