# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 15-33-RGA |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### [PROPOSED] ORDER GRANTING DEFENDANT INTEL CORPORATION'S RULE 50(A) MOTION AND RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW ON THE ISSUES OF INFRINGEMENT, INVALIDITY AND DAMAGES

Having reviewed the submissions regarding Defendant Intel Corporation's Motion for Judgment as a Matter of Law, the Court has determined that the Motion should be GRANTED.

Accordingly, IT IS HEREBY ORDERED that Defendant Intel Corporation's Motion for Judgment as a Matter of Law is GRANTED and the Court ENTERS JUDGMENT AS A MATTER OF LAW of: (1) no infringement of claims 1, 2, 4, 5, 6, 7, 9 and 21 of the '547 patent; (2) invalidity of claims 1, 2, 4, 5, 6, 7, 9 and 21 of the '547 patent; (3) no damages; and (4) that the record would not have supported any damages award other than a one-time lump-sum no greater than $5 million in the event that any claims of the '547 patent were found infringed and not invalid.

IT IS SO ORDERED, this _____ day of _____, 2016.

_____
The Honorable Richard G. Andrews
United States District Judge

5154224/42223