**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVM TECHNOLOGIES, LLC,  )<br>     )<br>          Plaintiff,    )<br>     )<br>v.    )<br>     )<br>INTEL CORPORATION,    )<br>     )<br>          Defendant.    )<br>     ) | C.A. No. 15-33-RGA-MPT<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING PLAINTIFF AVM TECHNOLOGIES, LLC'S
RULE 50(A) MOTION FOR JUDGMENT AS A MATTER OF LAW
ON INFRINGEMENT, VALIDITY, AND ENFORCEABILITY**

Having reviewed Plaintiff AVM Technologies, LLC's Motion for Judgment as a Matter of Law and all evidence and argument in support of and opposition to the Motion, the Court herby GRANTS the Motion.

Accordingly, IT IS HEREBY ORDERED that AVM's Motion is GRANTED and the Court ENTERS JUDGMENT AS A MATTER OF LAW that: (1) Intel infringes claims 1, 2, 4-7, 9, and 21 of the '547 patent; (2) Intel has not proven that claims 1, 2, 4-7, 9, and 21 of the '547 patent are invalid; and (3) Intel has not proven that the '547 patent is unenforceable.

**IT IS SO ORDERED**, this _____ day of _____, 2017.

_____
THE HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE