

100 S. West Street, Suite 400 • Wilmington, DE 19801
Telephone 302.576.1600 • Facsimile 302.576.1100
www.ramllp.com

**Benjamin J. Schladweiler**
bschladweiler@ramllp.com

April 14, 2017

**VIA E-FILING & HAND DELIVERY**  **REDACTED PUBLIC VERSION**
The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

    Re:  <u>*AVM Technologies, LLC v. Intel Corporation*, C.A. No. 15-33-RGA</u>

Dear Judge Andrews:

    Plaintiff AVM Technologies, LLC ("AVM") writes in response to Intel's April 13, 2017 letter, which it describes as following up on issues from the summary judgment hearing. AVM understands that the Court did not invite substantive additional argument from the parties on the viability of Intel's invalidity defense based on its P6 processor. Intel's letter, however, contains a significant inaccuracy. Intel represents to the Court that it has produced all "schematics" for the P6. It appears, however, that it is arbitrarily defining what is and is not a schematic. Intel's corporate representative Mr. Kreitzer admitted the following: "I understand that the historic ███ and ███████████ associated with the P6 was not produced in this litigation." D.I. 507, Paragraph 6. He goes on to note that this data is necessary in his view to "perform a meaningful, accurate ██████████████ of the P6 circuits." *Id*. at ¶ 7.

                             Respectfully submitted,

                             */s/ Benjamin J. Schladweiler*

                             Benjamin J. Schladweiler (#4601)

cc:  All Counsel of Record