IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 15-33-RGA-MPT ) |
| INTEL CORPORATION, | ) **REDACTED PUBLIC VERSION** |
| Defendant. | ) ) ) |

**NOTICE OF LODGING OF EXPERT REPORTS AND DEPOSITION
TRANSCRIPT OF MARK J. CHANDLER**

PLEASE TAKE NOTICE that on this 2nd day of May, 2017, Plaintiff AVM Technologies, LLC caused the following reports and deposition transcript of Mark J. Chandler to be lodged:

| Exhibit No. | Description |
|---|---|
| 1 | Expert Report of Licensing of Mark J. Chandler |
| 2 | Surrebuttal Expert Report of Licensing of Mark J. Chandler |
| 3 | Deposition of Mark J. Chandler |

Respectfully submitted,

*Of Counsel*:

/s/ Benjamin J. Schladweiler
Benjamin J. Schladweiler (#4601)
Nicholas D. Mozal (#5838)
ROSS ARONSTAM & MORITZ LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
(302) 576-1600
bschladweiler@ramllp.com
nmozal@ramllp.com

D. Michael Underhill
Eric J. Maurer
Patrick M. Lafferty
Jon R. Knight
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., N.W.
Washington, D.C.  20005
(202) 237-2727
munderhill@bsfllp.com
emaurer@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com

*Counsel for Plaintiff AVM Technologies, LLC*

Edward H. Takashima
BOIES SCHILLER FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA  90401
(310) 752-2400
etakashima@bsfllp.com

Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4276
(310) 203-7096
jsheasby@irell.com

Rosanne C. Baxter
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY  10504
(914) 749-8200
rbaxter@bsfllp.com

Dated:  May 2, 2017

## CERTIFICATE OF SERVICE

I, Benjamin J. Schladweiler, hereby certify that on May 2, 2017, a true copy of the foregoing *Notice of Lodging of Expert Reports and Deposition Transcript of Mark J. Chandler* was served via electronic mail upon the following counsel of record:

David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
dmoore@potteranderson.com
bpalapura@potteranderson.com

David J. Burman
Jonathan L. McFarland
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
dburman@perkinscoie.com
jmcfarland@perkinscoie.com

Jason Kipnis
WILMERHALE
950 Page Mill Road
Palo Alto, CA  94304
jason.kipnis@wilmerhale.com

Todd Zubler
William G. McElwain
Brittany Amadi
WILMERHALE
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
todd.zubler@wilmerhale.com
william.mcelwain@wilmerhale.com
brittany.amadi@wilmerhale.com

*Counsel for Defendant Intel Corporation*

William F. Lee
Jordan L. Hirsch
Lauren B. Fletcher
Kevin A. Goldman
Claire M. Specht
Sarah R. Frazier
Michaela P. Sewall
Steven J. Horn
Joseph J. Mueller
WILMERHALE
60 State Street
Boston, MA  02109
william.lee@wilmerhale.com
jordan.hirsch@wilmerhale.com
lauren.fletcher@wilmerhale.com
kevin.goldman@wilmerhale.com
claire.specht@wilmerhale.com
sarah.frazier@wilmerhale.com
michaela.sewall@wilmerhale.com
steven.horn@wilmerhale.com
joseph.mueller@wilmerhale.com

David C. Marcus
WILMERHALE
350 South Grand Avenue
Suite 2100
Los Angeles, CA  90071
david.marcus@wilmerhale.com

Matthew Leary
WILMERHALE
1225 Seventeenth Street
Suite 2600
Denver, CO  80202
matthew.leary@wilmerhale.com

*Counsel for Defendant Intel Corporation*

 /s/ Benjamin J. Schladweiler
Benjamin J. Schladweiler (#4601)