# EXHIBIT A

# Before the '547 Patent

Note that the circuit of FIG. 3A **advantageously prevents the existence of a discharge path from Vdd to Vss**, thereby conserving power and preventing an erroneous output. A discharge path exists if, for example, both p-channel pre-charge device **106** and n-channel evaluation device **110** of propagation circuit stage **80** are permitted to turn on simultaneously. **The circuit of FIG. 3A advantageously does not permit this condition to occur.** To illustrate, consider p-chan-

Rajivan U.S. Patent 5,532,625, 8:15-22 (DTX46)

Although the **precharge** and **discharge** periods are **obviously mutually exclusive,** the hold period can overlap the precharge period. The principal condition or limitation on

Myers & Ivey, DTX75 at DTX0075.00002

PDX906

# Iran Patent, Figure 1A



PDX910

# Kondoh Prior Art



FIG.2

PDX911

# Myers & Ivey Article

**A Design Style for VLSI CMOS**

DAVID J. MYERS AND PETER A. IVEY

> Although the precharge and discharge periods are obviously mutually exclusive, the hold period can overlap the precharge period. The principal condition or limitation on

DTX75 at DTX0075.00002

**Myers & Ivey**

# Myers & Ivey Article

in Fig. 1. When the clock *CK* goes low, the p-type transistor comes on and precharges node *X*. During this time, the inputs to each logic gate must be held low. This is achieved on the internal gates of a chip by connecting the precharge node to the gate output via a static inverter. When *CK* goes high the p-type transistor switches off and the bottom n-type device switches on. The input gates are activated and the gates start to conditionally discharge, the result rippling through successive stages with a knock-on effect. When considering Domino Logic, as with other

DTX75 at DTX0075.00001



Fig. 1.   Domino Logic gate.

DTX75 at DTX0075.00002

PDX914

## IV. FOUR-PHASE PRECHARGE–DISCHARGE LOGIC

By the addition of only one extra n-type transistor per logic gate, Domino Logic can be adapted to incorporate a hold mechanism, and therefore to operate in a sequential mode. The placing of these transistors is shown in Fig. 3(a) along with the necessary clock timing in Fig. 3(b). When $\phi 1$ is low and $\phi 2$ is high the output node $X$ of gate $A$



Fig. 3. Four-phase logic. (a) Gate arrangement. (b) Timing.

PDX917

# Myers & Ivey Article

## Court's Construction

"evaluation transistor": "a transistor is connected to a clock signal and is **used** to control **when** the precharge node may **discharge**"



Fig. 3(a)

PDX919

# Myers & Ivey Figure 3(b)

**Dr. Ivey's Slide** DDX6.46

**Figure 3(b) Precharge/Discharge**





PDX924

# Myers & Ivey Article and Kondoh

## Myers & Ivey, Fig. 3(a)



Gate A
Type 1

Gate B
Type 3

## Kondoh, Fig. 2



20-1

PDX926

| '547 PATENT | MYERS & IVEY | WANG |
|---|---|---|
| **1.** A dynamic logic circuit, comprising: | | |
| a dynamic logic block; | | |
| a precharge transistor; | | |
| an evaluation transistor between the dynamic logic block and the precharge transistor; and a delay coupled to the precharge transistor for simultaneously activating the precharge and evaluation transistors. | ✖ | ✖ |

PDX936

| '547 PATENT | MYERS & IVEY | WANG |
|---|:---:|:---:|
| **2.** The dynamic logic circuit of claim **1**… | ❌ | ❌ |
| **4.** The dynamic logic circuit of claim **1**… | ❌ | ❌ |
| **5.** The dynamic logic circuit of claim **4**… | ❌ | ❌ |
| **6.** The dynamic logic circuit of claim **1**… | ❌ | ❌ |
| **7.** The dynamic logic circuit of claim **6**… | ❌ | ❌ |
| **9.** The dynamic logic circuit of claim **1**… | ❌ | ❌ |

PDX937

| '547 PATENT | MYERS & IVEY | WANG |
|---|---|---|
| **21.** A method of precharging and evaluating a dynamic logic circuit, the method comprising the steps of: | | |
| switching a precharge transistor, using a clock signal, between an active state during a precharge clock phase and an inactive state during a major portion of an evaluation clock phase; | | |
| switching an evaluation transistor between an inactive state during the precharge clock phase and an active state during the evaluation clock phase;<br>delaying the precharge clock phase to the precharge transistor so that the precharge transistor is activated during a minor portion of the evaluation clock phase. | ❌ | ❌ |

PDX938

# Rajivan Figure 13



In the circuit of FIG. **12**, NOR gate **776** is preferably made faster than inverter **790**. The faster NOR gate **776** permits the precharge pulse on node **768** (shown at transition edge **806** in FIG. **13**) to turn off n-channel evaluation device **788** before p-channel precharge device **794** can be turned on. The effect of the faster NOR gate **776** is illustrated in FIG. **13**. In FIG. **13**, transition edge **806** on node **768** is used both to turn off the pulsed data signal on node **786** (at transition edge **808**) and to pull node **792** low (at transition edge **816**) to precharge the circuit of FIG. **12** via precharge device **794**. The faster NOR gate **776** permits node **786** to go low at transition edge **808** prior to node **792** going low at transition edge **816**. Consequently, n-channel evaluation device **788** of FIG. **12** is off before p-channel precharge device **794** turns on. The formation of an undesirable discharge path from Vdd to Vss via p-channel precharge device **794** and n-channel evaluation device **788** is thereby avoided.

15:5-21

PDX942

In the succeeding sections, the clock skew problem of the conventional four-phase precharge–discharge logic (Myers and Ivey 1985) will be analyzed first. Then, the modification to the conventional four-phase logic and the derivation of the new circuit configurations will be described. Next, basic analysis and performance evaluations of the new logic will be given. A serial full adder was designed by using the second configuration of the new logic, and the experimental results will be shown finally to verify part of the theoretical predictions.



PDX979







Fig. 3. Four-phase logic. (a) Gate arrangement. (b) Timing.

precharges. When φ1 goes high node $X$ conditionally discharges depending on the logic values on the inputs. When φ2 goes low node $X$ is isolated, storing its previously evaluated logic level. The output node $Y$ of gate $B$ is held during φ2. Gate $A$ in Fig. 3(a) is known as a Type1 gate because it precharges on φ1. It can drive into and be driven by gate $B$ which is known as a Type3 gate because it operates off clocks φ3 and φ4 which are identical in form to φ1 and φ2, respectively, except that they are phase shifted by 180°. Because the hold time of a Type1 gate completely overlaps the precharge and discharge times of a Type3 gate (and vice versa) the inputs to each gate are constant during precharge. Therefore, all nodes that are connected to the output node during discharge time are also connected during the precharge time so the problem of charge sharing is eliminated, and there is no need for the output inverters required in Domino Logic. In addition, this scheme gives rise to layouts containing relatively few transistors, and is free from the interconnection overheads associated with conventional static CMOS. For example a three-input clocked AND gate requires only six transistors.

The logic scheme we have created is a variety of ratioless four-phase precharge–discharge logic. There are a number of advantages to using this design style in CMOS:

a) Designers have built up a wealth of experience in four-phase techniques, gained through many years of applying them to P metal gate design [5].

b) Four-phase design in CMOS is much less prone to stray capacitance and clock breakthrough problems than in P metal gate, due to the reduction of gate overlap capacitances and relatively high polysilicon-to-channel capacitance compared to metal to poly capacitance. For a typical

2.5-μm silicon gate [...] tance is <1/10 [...] tance. This capacit[...] example, the out[...] given set of in[...] discharge time i[...] when φ1 goes hi[...] the p-type prech[...] slightly above [...] during the disch[...] so the rising of [...] overlap capacita[...] sistor tends to p[...] These overlap c[...] Stray capacitanc[...] ing the prechar[...] However the cap[...] typically <1/40[...] charge node, so[...] node is seldom [...] swing of four-ph[...] ity than four-pha[...] drives only n-ty[...] precharge node [...] $(VDD - Vtn)$ fo[...] right up to $VDD$ [...]

c) Since four-[...] geometry device[...] density. It requir[...] than so-called t[...] clocks and their [...] of safety. For a [...] minimum geome[...] operating freque[...] the chip archite[...] and pipelining.

d) Because cir[...] for a p-type tr[...] simple simulator[...] gates of a desig[...] chip. In additio[...] a single p-type c[...] a number of n-t[...] tend to be equa[...]

e) Four-phase[...] provide, e.g., bu[...]

f) Because fo[...] tured it produc[...] PLA's, and it l[...] techniques such [...] method [6]. A si[...] into Type1, Typ[...] below, and all [...] central $VDD$ li[...] placed as appr[...] above and belo[...] horizontally to m[...] channels.

DTX0075.00003

MYERS AND IVEY: DESIGN STYLE FOR VLSI CMOS

Fig. 3. Four-phase logic. (a) Gate arrangement. (b) Timing.

precharges. When φ1 goes high node $X$ conditionally discharges depending on the logic values on the inputs. When φ2 goes low node $X$ is isolated, storing its previously evaluated logic level. The output node $Y$ of gate $B$ is held during φ2. Gate $A$ in Fig. 3(a) is known as a Type1 gate

PDX1025