IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, | ) |
| | ) C.A. No. 15-33-RGA |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### FINAL JUDGMENT

This 19 day of May 2017, the Court having held a jury trial, and the jury having rendered a verdict, pursuant to Fed. R. Civ. P. 58(b)(2), **IT IS HEREBY ORDERED** that:

Judgment is entered for Defendant Intel Corporation ("Intel") and against Plaintiff AVM Technologies, LLC ("AVM") on Count I of the Complaint (D.I. 1). Intel has not infringed and does not infringe claims 1, 2, 4, 5, 6, 7, 9 and 21 of U.S. Patent No. 5,859,547 ("the '547 patent") by making, using, selling, offering for sale, or importing into the United States Intel's Sandy Bridge, Ivy Bridge, Haswell, and Broadwell microprocessors.

Judgment is entered for AVM and against Intel on Count II of the Second Amended Answer and Counterclaims (D.I. 169). Claims 1, 2, 4, 5, 6, 7, 9, and 21 of the '547 patent are not invalid.

AVM withdrew its assertion of claims 3, 10, 11, 12, 13, 14, 16, 18, 19, 20, and 22 of the '547 patent before trial. AVM's infringement claims with respect to claims 3, 10, 11, 12, 13, 14, 16, 18, 19, 20, and 22 of the '547 patent are dismissed with prejudice. Intel's counterclaims with

respect to those patent claims are dismissed without prejudice.

*[signature]*
THE HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE