IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVM TECHNOLOGIES, LLC,                    ) | |
| ) | |
| Plaintiff,          ) | C.A. No. 15-33-RGA |
| ) | |
| ) | **JURY TRIAL DEMANDED** |
| v.                    ) | |
| ) | |
| INTEL CORPORATION,                         ) | |
| ) | |
| Defendant.       ) | |

**DEFENDANT INTEL CORPORATION'S RULE 50(B) MOTION FOR
JUDGMENT AS A MATTER OF LAW ON THE ISSUE OF INVALIDITY**

Pursuant to Federal Rule of Civil Procedure 50(b), Defendant Intel Corporation ("Intel") hereby renews its motion for judgment as a matter of law ("JMOL") on the issue of invalidity.

Intel moves for JMOL that asserted claims 1, 2, 4, 5, 6, 7, 9, and 21 of U.S. Patent No. 5,859,547 ("the '547 patent") are invalid as anticipated by or obvious over the prior art. In particular, the only reasonable conclusion supported by the evidence is that asserted claims 1, 2, 6, 7, 9, and 21 of the '547 patent are anticipated by a 1985 article written by Dr. Peter Ivey and David Myers, entitled "A Design Style for VLSI CMOS" ("the Myers & Ivey article"). In addition, the only reasonable conclusion supported by the evidence is that asserted claims 4, 5, 6, 7, and 21 of the '547 patent are obvious over the Myers & Ivey article either alone or in combination with a 1989 article written by J.S. Wang, C.Y. Wu, and M.K. Tsai entitled "Novel dynamic CMOS logic free from problems of charge sharing and clock skew" ("the Wang article") as a matter of law.

The grounds for this motion will be set forth fully in Intel's Memorandum in Support of Its Rule 50(b) Motion for Judgment as a Matter of Law on the Issue of Invalidity to be filed on June 16, 2017.

<div style="display: flex;">

<div>

OF COUNSEL:

David C. Marcus
WILMER CUTLER PICKERING HALE
    AND DORR LLP
350 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 443-5300

William F. Lee
Lauren B. Fletcher
Jordan L. Hirsch
WILMER CUTLER PICKERING HALE
    AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000

Todd Zubler
WILMER CUTLER PICKERING HALE
    AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000

Dated:  June 8, 2017
5241683 / 42223

</div>

<div>

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By:  */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

*Attorneys for Defendant and Counterclaimant
Intel Corporation*

</div>

</div>