# **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   C.A. No. 15-33-RGA-MPT |
| INTEL CORPORATION, | )<br>)<br>) |
| Defendant. | )<br>) |

**[PROPOSED] ORDER GRANTING PLAINTIFF AVM'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW ON THE ISSUE OF INFRINGEMENT AND A NEW TRIAL ON THE ISSUE OF DAMAGES**

Before the Court is the renewed motion of Plaintiff AVM Technologies, LLC ("AVM") for judgment as a matter of law pursuant to Fed. R. Civ. P. 50(b) on its claims of infringement of U.S. Patent No. 5,859,547 (the "'547 patent") by Defendant Intel Corporation ("Intel"), as well as for a new trial on damages.

Having reviewed the motion and all related briefing, the Court hereby GRANTS AVM's motion for renewed judgment as a matter of law as to Intel's infringement of claims 1, 2, 4, 5, 6, 7, 9, and 21 of the '547 patent.  Judgment is entered for AVM and against Intel on Count I of the Complaint (D.I. 1) as to Intel's Sandy Bridge, Ivy Bridge, Haswell, and Broadwell families of microprocessors.

The Court further GRANTS AVM's motion for a new trial on the issue of damages, including the admission of testimony from AVM's expert witnesses Marwan Hassoun, Ph.D. and John Hatch, Ph.D., that had been previously precluded, as well as related testimony from AVM's expert witness Professor Christopher Knittel.

1

**SO ORDERED**, this _____ day of _____, 2017.

_____
THE HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTEL CORPORATION, )<br>)<br>Defendant. )<br>) | C.A. No. 15-33-RGA-MPT |

### [PROPOSED] ORDER GRANTING PLAINTIFF AVM'S MOTION FOR A NEW TRIAL ON THE ISSUES OF INFRINGEMENT AND DAMAGES

Before the Court is the motion of Plaintiff AVM Technologies, LLC ("AVM") seeking a new trial pursuant to Fed. R. Civ. P. 59(a) on its claims of infringement of the U.S. Patent No. 5,859,547 (the "'547 patent") by Defendant Intel Corporation ("Intel").

Having reviewed the motion and all related briefing, the Court hereby GRANTS AVM's motion for a new trial as to infringement, and further GRANTS AVM's motion for a new trial on the issue of damages, including the admission of testimony from AVM's expert witnesses Marwan Hassoun, Ph.D., John Hatch, Ph.D., and Christopher Knittel, Ph.D., that had been previously precluded.

**SO ORDERED**, this _____ day of _____, 2017.

_____
THE HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE

1