# **EXHIBIT B**

# Benjamin J. Schladweiler

| | |
|---|---|
| **From:** | Moore, David E. <dmoore@potteranderson.com> |
| **Sent:** | Sunday, April 30, 2017 12:35 PM |
| **To:** | 'Judge_Richard_Andrews@ded.uscourts.gov' |
| **Cc:** | Bpalapura; Benjamin J. Schladweiler |
| **Subject:** | AVM v. Intel |

Dear Judge Andrews,

Intel writes to inform the Court that the parties have narrowed the infringement issues for trial since Friday's conference call. On Friday evening, AVM dropped independent claim 19 and dependent claim 20 and dropped inducement for independent claim 21. AVM had also dropped independent claim 12 and dependent claim 3 on Thursday evening. The remaining claims in the case are independent claims 1 and 21 and dependent claims 2, 4, 5, 6, 7, and 9.

As a result of the change in asserted claims, on Sunday morning, Intel narrowed its non-infringement defenses. Intel informed AVM that the non-infringement defenses Intel is pursuing at trial are that its products do not have "a delay coupled to the precharge transistor for simultaneously activating the precharge and evaluation transistors" (claims 1, 2, 4, 5, 6, 7, 9) and do not perform the step of "delaying the precharge clock phase to the precharge transistor so that the precharge transistor is activated during a minor portion of the evaluation clock phase" (claim 21). Intel's infringement defenses for these limitations include that there is no literal infringement and that there is no infringement under the reverse doctrine of equivalents.

Respectfully,
Dave Moore

**David E. Moore**
Partner
**Potter Anderson & Corroon LLP**
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984 6147 Direct Dial
302 658 1192 Fax
**dmoore@potteranderson.com**
**www.potteranderson.com**

Potter Anderson & Corroon LLP is not providing any advice in this communication with respect to any federal tax matters.

THIS ELECTRONIC MAIL TRANSMISSION AND ANY ATTACHMENTS MAY CONTAIN PRIVILEGED, CONFIDENTIAL, OR PROPRIETARY INFORMATION INTENDED ONLY FOR THE PERSON(S) NAMED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE AUTHORIZED REPRESENTATIVE OF THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION, COPYING, OR DISCLOSURE OF THIS COMMUNICATION IS STRICTLY PROHIBITED.