# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AVM TECHNOLOGIES, LLC, </br></br> Plaintiff, </br></br> v. </br></br> INTEL CORPORATION, </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 15-33-RGA |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, Benjamin J. Schladweiler, Esquire, hereby withdraws as counsel for Plaintiff AVM Technologies, LLC and requests removal from the CM/ECF service list. The Plaintiff will continue to be represented by its remaining counsel of record.

Respectfully submitted,

ROSS ARONSTAM & MORITZ LLP

*Of Counsel*:

D. Michael Underhill
Eric J. Maurer
Patrick M. Lafferty
Jon R. Knight
Joseph Alm
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
munderhill@bsfllp.com
emaurer@bsfllp.com
plafferty@bsfllp.com
jknight@bsfllp.com
jalm@bsfllp.com

/s/ Benjamin J. Schladweiler
Benjamin J. Schladweiler (#4601)
Nicholas D. Mozal (#5838)
100 S. West Street, Suite 400
Wilmington, DE 19801
(302) 576-1600
bschladweiler@ramllp.com
nmozal@ramllp.com

*Counsel for Plaintiff AVM Technologies, LLC*

Edward H. Takashima
BOIES SCHILLER FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA  90401
etakashima@bsfllp.com

Rosanne C. Baxter
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY  10504
rbaxter@bsfllp.com

Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4276
jsheasby@irell.com

*Counsel for Plaintiff AVM Technologies, LLC*

Dated:  March 30, 2018

## CERTIFICATE OF SERVICE

I, Benjamin J. Schladweiler, hereby certify that on March 30, 2018, a true copy of the foregoing *Notice of Withdrawal of Counsel* was served via electronic mail upon the following counsel of record:

| | |
|---|---|
| David E. Moore<br>Bindu A. Palapura<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br><br>David J. Burman<br>Jonathan L. McFarland<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>dburman@perkinscoie.com<br>jmcfarland@perkinscoie.com<br><br>Jason Kipnis<br>WILMERHALE<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>jason.kipnis@wilmerhale.com<br><br>Todd Zubler<br>William G. McElwain<br>Brittany Amadi<br>WILMERHALE<br>1875 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20006<br>todd.zubler@wilmerhale.com<br>william.mcelwain@wilmerhale.com<br>brittany.amadi@wilmerhale.com<br><br>*Counsel for Defendant Intel Corporation* | William F. Lee<br>Jordan L. Hirsch<br>Lauren B. Fletcher<br>Kevin A. Goldman<br>Claire M. Specht<br>Sarah R. Frazier<br>Michaela P. Sewall<br>Joseph J. Mueller<br>WILMERHALE<br>60 State Street<br>Boston, MA  02109<br>william.lee@wilmerhale.com<br>jordan.hirsch@wilmerhale.com<br>lauren.fletcher@wilmerhale.com<br>kevin.goldman@wilmerhale.com<br>claire.specht@wilmerhale.com<br>sarah.frazier@wilmerhale.com<br>michaela.sewall@wilmerhale.com<br>joseph.mueller@wilmerhale.com<br><br>David C. Marcus<br>WILMERHALE<br>350 South Grand Avenue<br>Suite 2100<br>Los Angeles, CA  90071<br>david.marcus@wilmerhale.com<br><br>Matthew Leary<br>WILMERHALE<br>1225 Seventeenth Street<br>Suite 2600<br>Denver, CO  80202<br>matthew.leary@wilmerhale.com<br><br>*Counsel for Defendant Intel Corporation*<br><br> /s/ Benjamin J. Schladweiler<br>Benjamin J. Schladweiler (#4601) |