IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AVM TECHNOLOGIES, LLC,

                    Plaintiff;

v.                                  Civil Action No. 15-0033-RGA-MPT

INTEL CORPORATION,

                    Defendant.

ORDER

For the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendant's Motion for Judgment as a Matter of Law on the Issue of Invalidity (D.I. 778) and Plaintiff's Renewed Motion for Judgment as a Matter of Law or in the Alternative a New Trial on the Issue of Infringement, and for a New Trial on the Issue of Damages (D.I. 779) are **DENIED**.

Entered this 14 day of August, 2018.

/s/ Richard G. Andrews
United States District Judge